| | |
|---|---|
| **Lewis R. Landau** (CA Bar No. 143391) <br> **Attorney-at-Law** <br> 22287 Mulholland Hwy., # 318 <br> Calabasas, California 91302 <br> Voice & Fax: (888) 822-4340 <br> *Email: Lew@Landaunet.com* | |

Attorney for Platinum Loan Servicing, Inc.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re <br><br> FRE 355 Investment Group, LLC, <br><br> Debtor. <br><hr> In re <br><br> Mora House, LLC, <br><br> Debtor. | Case No.: 20-50628 SLJ 11 <br><br> Cases Jointly Administered <br><br> Chapter 11 <br><br> Case No.: 20-50631 SLJ 11 <br><br> **NOTICE OF MOTION TO DISMISS CHAPTER 11 CASES** <br><br><br> Date: August 19, 2020 <br> Time: 2:00 p.m. <br> Place: Courtroom 9 (Telephonic) <br> US Bankruptcy Court; Judge Johnson <br> 280 South First Street <br> San Jose, California 95113 |

*Please take notice*, that Platinum Loan Servicing, Inc. ("PLS") as servicing agent for the beneficiaries of the mortgages on the real property owned by FRE 355 dba FRE 355 Investment Group, LLC ("FRE 355") and Mora House, LLC ("Mora House") (FRE 355 and Mora House are collectively referred to as "Debtors") has moved for an order dismissing the Debtors' chapter 11 cases pursuant to 11 U.S.C. § 1112(b).

A hearing on the motion will be held on August 19, 2020 at 2:00 p.m. in the Courtroom of the Honorable Stephen L. Johnson, Courtroom 9 (held telephonically), United States Bankruptcy Court, 280 South First Street, San Jose, California 95113. Pursuant to Bankruptcy Local Rule

9014-1(c), any opposition shall be filed and served on the initiating party at least 14 days prior to the actual scheduled hearing date.

The complete motion to dismiss chapter 11 cases is mail served herewith. The voluminous supporting Hart Declaration and request for judicial notice are available upon written or email request to the undersigned or at this internet link: https://bit.ly/2CFMz5D

Dated: July 22, 2020

**Lewis R. Landau**
**Attorney-at-Law**

By:*/s/ Lewis R. Landau*
Lewis R. Landau
Attorneys for Movants