UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: FRE 355 Investment Group, LLC

Debtor(s)

Bankruptcy No.: 20-50628 SLJ
R.S. No.: LRL-001
Hearing Date: 08/11/2020
Time: 10:00 am

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 04/13/2020     Chapter: 11
    Prior hearings on this obligation: None     Last Day to File §523/§727 Complaints: N/A

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor [ ] or lessor [ ]
   Fair market value: $_____     Source of value: _____
   Contract Balance: $_____     Pre-Petition Default: $_____
   Monthly Payment: $_____     No. of months: _____
   Insurance Advance: $_____     Post-Petition Default: $_____
                                    No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): 10718 Mora Drive, Los Altos, California 94024

   Fair market value: $10,250,000.00     Source of value: Hart Appraisal Declaration     If appraisal, date: 06/10/2020
   Moving Party's position (first trust deed, second, abstract, etc.): First on 10718 Mora Drive, Los Altos, California 94024

   Approx. Bal.  $13,264,318.71     Pre-Petition Default: $_____
   As of (date): 07/28/2020                    No. of months: _____
   Mo. payment: $137,139.00     Post-Petition Default: $_____
   Notice of Default (date): 04/15/2019                    No. of months: _____
   Notice of Trustee's Sale: 6/27/19     Advances Senior Liens: $_____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.): $255,298 Property taxes per POC 1 filed May 12, 2020

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: Movant | $13,264,318.71 | $_____ | $_____ |
| 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
| Property Taxes $255,298 : | | | |
| _____ : | | | |
| _____ : | | | |
| (Total) | $13,519,616.71 | $_____ | $_____ |

(D) Other pertinent information: Movant's loan fully matured prepetition. Movant's loan is also secured by joints administered Mora House property valued at $2,275,000.

Dated: 07/28/2020

/s/ Lewis R. Landau
Signature
Lewis R. Landau
Print or Type Name

Attorney for Platinum Loan Servicing, Inc.