UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: Mora House, LLC

Debtor(s)

Bankruptcy No.: 20-50631 SLJ
R.S. No.: LRL-001
Hearing Date: 08/11/2020
Time: 10:00 am

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 04/13/2020  Chapter: 11
    Prior hearings on this obligation: None   Last Day to File §523/§727 Complaints: N/A

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

  Secured Creditor [ ] or lessor [ ]
  Fair market value: $_____   Source of value: _____
  Contract Balance: $_____   Pre-Petition Default: $_____
  Monthly Payment: $_____    No. of months: _____
  Insurance Advance: $_____  Post-Petition Default: $_____
                                No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): Vacant lot on Mora Drive known as APN # 331-41-067

  Fair market value: $2,750,000.00   Source of value: Hart Appraisal Declaration   If appraisal, date: 06/10/2020

  Moving Party's position (first trust deed, second, abstract, etc.): Second on vacant lot on Mora Drive known as APN # 331-41-067

  Approx. Bal.: $13,264,318.71       Pre-Petition Default: $_____
  As of (date): 07/28/2020           No. of months: _____
  Mo. payment: $137,139.00           Post-Petition Default: $_____
  Notice of Default (date): 04/15/2019   No. of months: _____
  Notice of Trustee's Sale: 6/27/19  Advances Senior Liens: $_____

  Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.): Blanchard first lien $2,441,803; $116,838 Property taxes POC 2 5/4/20

  | Position | Amount | Mo. Payment | Defaults |
  |---|---|---|---|
  | 1st Trust Deed: Blanchard POC 3 | $2,441,803.00 | $ | $ |
  | 2nd Trust Deed: Movant | $13,264,318.71 | $ | $ |
  | Property Taxes $116,838 | : | | |
  | _____ | : | | |
  | _____ | : | | |
  | (Total) | $15,822,959.71 | $ | $ |

(D) Other pertinent information: Movant's loan fully matured prepetition. Movant's loan is also secured by jointly administered FRE 355 real property valued at $10,250,000.

Dated: 07/28/2020

/s/ Lewis R. Landau
Signature
Lewis R. Landau
Print or Type Name

Attorney for Platinum Loan Servicing, Inc.

CANB Documents Northern District of California

Case: 20-50628    Doc# 75-2    Filed: 07/28/20    Entered: 07/28/20 16:42:14    Page 1 of 1