1   **Lewis R. Landau** (CA Bar No. 143391)
    **Attorney-at-Law**
2   22287 Mulholland Hwy., # 318
    Calabasas, California 91302
3   Voice & Fax: (888) 822-4340
    *Email: Lew@Landaunet.com*
4

5   Attorney for Platinum Loan Servicing, Inc.

6
                    **UNITED STATES BANKRUPTCY COURT**
7
                    **NORTHERN DISTRICT OF CALIFORNIA**
8
                            **SAN JOSE DIVISION**
9

10
    In re                                  Case No.:  20-50628 SLJ 11
11
    FRE 355 Investment Group, LLC,          Cases Jointly Administered
12
                                            Chapter 11
13              Debtor.
                                            Case No.:  20-50631 SLJ 11
14
                                            R.S. No.: LRL-001
15  ─────────────────────────────

16  In re                                  **DECLARATION OF RICCI E. HART IN
                                           SUPPORT OF MOTION FOR RELIEF
17  Mora House, LLC,                       FROM STAY**

                Debtor.
18
                                           Date: August 11, 2020
19                                         Time: 11:00 a.m.
                                           Place: Courtroom 9 (Telephonic)
20                                         US Bankruptcy Court; Judge Johnson
                                           280 South First Street
21                                         San Jose, California 95113

22

23

24

25

26

27

28

## DECLARATION OF RICCI E. HART

I, Ricci E. Hart, do hereby declare:

1.        My name is Ricci E. Hart and I am a certified and licensed California Real Estate Appraiser.  My Office of Real Estate Appraisers identification number is AR014882.  A true and correct copy of my real estate appraiser's license is attached as the last page of Exhibits 1 and 2 hereto.

2.        I have no connections with or interests in the property of FRE 355, LLC, Mora House, LLC or Melvin Vaughn.  On June 24 and 25, 2020 I completed an appraisal report for 10718 Mora Drive, Los Altos, California 94024 and a vacant lot of land on Mora Drive known as APN # 331-41-067, Los Altos, California 94024 for a fixed contract price.

3.        Attached hereto as Exhibit 1 and incorporated herein by reference is a true, correct and complete copy of my appraisal report dated as of June 10, 2020 for 10718 Mora Drive, Los Altos, California 94024.  As set forth in detail therein, I conclude that the market value for 10718 Mora Drive, Los Altos, California 94024 was **$10,500,000** as of the date of the report.

4.        Attached hereto as Exhibit 2 and incorporated herein by reference is a true, correct and complete copy of my appraisal report dated as of June 10, 2020 for the vacant lot of land on Mora Drive known as APN # 331-41-067, Los Altos, California 94024.  As set forth in detail therein, I conclude that the market value for the vacant lot of land on Mora Drive known as APN # 331-41-067, Los Altos, California 94024 was **$2,750,000** as of the date of the report.

5.        The facts, assumptions, conditions and opinions stated in Exhibits 1 and 2 are true, correct and accurate to the best of my knowledge and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 6th day of July 2020.

DocuSigned by:

_____
Ricci E. Hart

# EXHIBIT 1



**APPRAISAL OF REAL PROPERTY**

**LOCATED AT:**
10718 Mora Dr
Los Altos, CA 94024

**FOR:**
Platinum Loan Servicing Inc.
24025 Park Sorrento #150
Calabasas, CA 91302

**AS OF:**
06/10/2020

**BY:**
Ricci Hart
James J. Nicholas & Associates
P.O. Box 7575
Menlo Park, CA 94026
650-324-7946
jim@jjnassociates.com

Case: 20-50628   Doc# 75-3   Filed: 07/28/20   Entered: 07/28/20 16:42:14   Page 4 of
48

# SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| Subject Address | 10718 Mora Dr |
| Legal Description | Book 331 Page 14 Lot 2 |
| City | Los Altos |
| County | Santa Clara |
| State | CA |
| Zip Code | 94024 |
| Census Tract | 5117.07 |
| Map Reference | Exterior |

| SALES PRICE | | |
|---|---|---|
| Sale Price | $ |
| Date of Sale | |

| CLIENT | | |
|---|---|---|
| Borrower | N/A |
| Lender/Client | Platinum Loan Servicing Inc. |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| Size (Square Feet) | 8,870 |
| Price per Square Foot | $ |
| Location | A;Hwy Noise; |
| Age | 4 |
| Condition | C1 |
| Total Rooms | 16 |
| Bedrooms | 6 |
| Baths | 8.3 |

| APPRAISER | | |
|---|---|---|
| Appraiser | Ricci Hart |
| Date of Appraised Value | 06/10/2020 |

| VALUE | | |
|---|---|---|
| Final Estimate of Value | $ 10,500,000 |

# Exterior-Only Inspection Residential Appraisal Report
File # 6-1020-3

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| | |
|---|---|
| Property Address | 10718 Mora Dr — City Los Altos — State CA — Zip Code 94024 |
| Borrower N/A | Owner of Public Record Fre 355 LLC — County Santa Clara |
| Legal Description | Book 331 Page 14 Lot 2 |
| Assessor's Parcel # 331-14-066 | Tax Year 2020 — R.E. Taxes $ 111,673 |
| Neighborhood Name Los Altos Hills (221) | Map Reference Exterior — Census Tract 5117.07 |

Occupant: ☐ Owner ☐ Tenant ☒ Vacant    Special Assessments $ 0    ☐ PUD    HOA $ 0    ☐ per year ☐ per month

Property Rights Appraised: ☒ Fee Simple  ☐ Leasehold  ☐ Other (describe)

Assignment Type: ☐ Purchase Transaction  ☐ Refinance Transaction  ☒ Other (describe) Current Market Value

Lender/Client Platinum Loan Servicing Inc.    Address 24025 Park Sorrento #150, Calabasas, CA 91302

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?  ☒ Yes  ☐ No

Report data source(s) used, offering price(s), and date(s). DOM 669;Per ML81794898, subject property was listed 06/02/2020 for $17,500,000 after expiration of prior listing. Per ML81753850, subject was listed 05/28/2019 for $17,999,888, and expired 05/29/2020. Both listings included adj. lot.

## CONTRACT

☐ I ☒ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $ _____ Date of Contract _____ Is the property seller the owner of public record? ☐ Yes ☐ No Data Source(s) _____

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?  ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | ☐ Urban ☒ Suburban ☐ Rural | | Property Values | ☐ Increasing ☒ Stable ☐ Declining | | PRICE $ (000) | AGE (yrs) | One-Unit | 95 % |
| Built-Up | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | Demand/Supply | ☐ Shortage ☒ In Balance ☐ Over Supply | | | | 2-4 Unit | 1 % |
| Growth | ☐ Rapid ☒ Stable ☐ Slow | | Marketing Time | ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | | 1,780 Low 0 | | Multi-Family | 1 % |
| | | | | | | 11,500 High 119 | | Commercial | 2 % |
| | | | | | | 3,300 Pred. 59 | | Other | 1 % |

Neighborhood Boundaries: Neighborhood boundaries are Page Mill Road to the north, Hwy 85 south, Los Altos Hills city limits west, and El Camino Real to the east.

Neighborhood Description: The neighborhood consists of conforming and estate single family dwellings. The subject property is located close to schools, parks, transportation, and other local supporting facilities. Employment centers are 10-20 minutes away. Subject property is located in Los Altos Hills (MLS Area #221) neighborhood of Los Altos, sits towards the end of a private cul-de-sac, & has some highway noise from Hwy 280.

Market Conditions (including support for the above conclusions): Median comparable sales price for homes in Los Altos and Los Altos Hills have remained stable during the past 12 months, with lower than typical sales volume. Absorption rate decreased, and median comparable sales days on market remained stable during this period. Median sales price as % of list price also remained stable, and most homes sold within 1-3 months.

## SITE

| | |
|---|---|
| Dimensions Irregular | Area 1.26 ac — Shape Irregular — View B;Wooded/Bay; |
| Specific Zoning Classification R1E-1 | Zoning Description Single Family Residence |

Zoning Compliance: ☒ Legal  ☐ Legal Nonconforming (Grandfathered Use)  ☐ No Zoning  ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?  ☒ Yes ☐ No  If No, describe Appraiser feels present use of property is highest and best use.

| Utilities | Public | Other (describe) | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Water ☒ Public ☐ Other (describe) | Street Asphalt | ☒ |
| Gas | ☒ | ☐ | Sanitary Sewer ☒ Public ☐ Other (describe) None | Alley None | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone D   FEMA Map # 06085C0203H   FEMA Map Date 05/18/2009

Are the utilities and off-site improvements typical for the market area?  ☒ Yes ☐ No  If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?  ☒ Yes ☐ No  If Yes, describe
Subject property has some highway noise from Hwy 280. Additionally, per Santa Clara County planners Mark Connelly and Karl Hilbrants, subject property has a driveway easement with rear vacant lot (APN#331-14-067).

## IMPROVEMENTS

Source(s) Used for Physical Characteristics of Property: ☐ Appraisal Files ☒ MLS ☒ Assessment and Tax Records ☐ Prior Inspection ☐ Property Owner
☒ Other (describe) Drive-by Inspection    Data Source for Gross Living Area Parcel Quest/MLS

| General Description | | General Description | | Heating/Cooling | | Amenities | | Car Storage | |
|---|---|---|---|---|---|---|---|---|---|
| Units | ☒ One ☐ One with Accessory Unit | ☐ Concrete Slab ☐ Crawl Space | | ☒ FWA ☐ HWBB | | Fireplace(s) # | | ☒ None | |
| # of Stories | 3 | ☒ Full Basement ☐ Finished | | ☐ Radiant | | Woodstove(s) # 0 | | ☒ Driveway # of Cars 10 | |
| Type | ☒ Det. ☐ Att. ☐ S-Det./End Unit | ☐ Partial Basement ☐ Finished | | ☐ Other | | ☒ Patio/Deck 5 | | Driveway Surface Asphalt | |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Exterior Walls Stucco/Wood | | Fuel Gas | | ☒ Porch 1 | | ☒ Garage # of Cars 4 | |
| Design (Style) Contemp. | | Roof Surface Tar & Grav. | | ☒ Central Air Conditioning | | ☒ Pool 1 | | ☐ Carport # of Cars 0 | |
| Year Built 2016 | | Gutters & Downspouts Galv. | | ☐ Individual | | ☒ Fence 1 | | ☒ Attached ☐ Detached | |
| Effective Age (Yrs) 0 | | Window Type Dbl Pane | | ☐ Other | | ☐ Other None | | ☐ Built-in | |

Appliances: ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☒ Microwave ☐ Washer/Dryer ☒ Other (describe) Wine Refrig.

Finished area above grade contains: 16 Rooms 6 Bedrooms 8.3 Bath(s) 8,870 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.). Subject is a three story contemporary design of new construction. Per drive-by inspection and MLS#81794898, home has wood floors, recessed lighting, an elevator, stone slab counters, solar panels, a guest house, & a wooded lot.

Describe the condition of the property and data source(s) (including apparent needed repairs, deterioration, renovations, remodeling, etc.). C1;Subject property is new construction and appears to be in excellent condition from an exterior inspection, with a wooded and bay view, and new landscaping. Gated asphalt driveway leads to a 4 car garage. Home is 3 stories on a flat to down sloped lot, with a pool, rear deck, rear stone patios, a putting green, a covered front entry, and a detached 800 square foot guest house. Appraiser makes the extraordinary assumption that all work has been completed with the highest quality materials and craftsmanship, and with all permits needed from the county of Santa Clara.

Are there any apparent physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?  ☐ Yes ☒ No
If Yes, describe.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?  ☒ Yes ☐ No  If No, describe.

Case: 20-50628   Doc# 75   Filed: 07/28/20   Entered: 07/28/20 16:42:14   Page 6 of 48

005

# Exterior-Only Inspection Residential Appraisal Report

File # 6-1020-3

| | | | |
|---|---|---|---|
| There are **55** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ **1,799,000** to $ **39,998,000** | | | |
| There are **335** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ **1,780,000** to $ **11,500,000** | | | |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address | 10718 Mora Dr Los Altos, CA 94024 | 25621 Vinedo Ln Los Altos Hills, CA 94022 | 11768 Maria Ln Los Altos Hills, CA 94022 | 1575 Grant Rd Los Altos, CA 94024 |
| Proximity to Subject | | 2.75 miles NW | 1.29 miles NW | 1.50 miles NE |
| Sale Price | $ | $ 11,500,000 | $ 7,750,000 | $ 7,700,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 1230.21 sq.ft. | $ 1048.71 sq.ft. | $ 1183.52 sq.ft. |
| Data Source(s) | | MLS#81779816;DOM 29 | MLS#81775457;DOM 368 | MLS#81785160;DOM 14 |
| Verification Source(s) | | Doc#24424060 LP $11,988,000 | Doc#24458218 LP $8,399,000 | Parcel Quest LP $7,888,000 |

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Sales or Financing Concessions | | ArmLth Conv;0 | | ArmLth Conv;0 | | ArmLth Conv;0 | |
| Date of Sale/Time | | s03/20;c02/20 | 0 | s04/20;c03/20 | 0 | s05/20;c05/20 | 0 |
| Location | A;Hwy Noise; B;Res; | B;Res; | -350,000 | A;MoreHwyNse; | +1,000,000 | A;BusyRd/Nse; | +350,000 |
| Leasehold/Fee Simple | Fee Simple | Equal | 0 | Equal | 0 | Equal | 0 |
| Site | 1.26 ac | 1.05 ac | 0 | 2.23 ac | 0 | 25625 sf | +292,500 |
| View | B;Wooded/Bay; | B;Wooded; | +75,000 | B;Wooded; | +75,000 | B;Wooded; | +75,000 |
| Design (Style) | DT3;Contemp. | DT2;Tradition. | 0 | DT2;Tradition. | 0 | DT2;Contemp. | 0 |
| Quality of Construction | Q2 | Q2 | 0 | Q2 | 0 | Q2 | 0 |
| Actual Age | 4 | 7 | 0 | 1 | 0 | 1 | 0 |
| Condition | C1 | C1 | 0 | C1 | 0 | C1 | 0 |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Room Count | 16 / 6 / 8.3 | 18 / 6 / 8.3 | 0 | 14 / 8 / 8.2 | -37,500 | 12 / 6 / 6.2 | +62,500 |
| Gross Living Area | 8,870 sq.ft. | 9,348 sq.ft. | -191,000 | 7,390 sq.ft. | +592,000 | 6,506 sq.ft. | +945,500 |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | Good | Equal | 0 | Equal | 0 | Equal | 0 |
| Heating/Cooling | F/A / Cen. Air | Equal | 0 | Equal | 0 | Equal | 0 |
| Energy Efficient Items | Insulation | Equal | 0 | Equal | 0 | Equal | 0 |
| Garage/Carport | 4ga10dw | 6ga12dw | -50,000 | 5ga10dw | -25,000 | 3ga9dw | +25,000 |
| Porch/Patio/Deck | Porch/Patio/Dck | Equal | 0 | Equal | 0 | Equal | 0 |
| Pool | Pool | Pool | | Pool | | Pool | |
| Guest House | Guest House | Cabana w/Kit. | | Guest House | | None | +500,000 |
| Driveway Easement | Driveway Ease. | Driveway Ease. | | None | -50,000 | None | -50,000 |
| Net Adjustment (Total) | | ☒ + ☐ - $ | -516,000 | ☒ + ☐ - $ | 1,554,500 | ☒ + ☐ - $ | 2,200,500 |
| Adjusted Sale Price of Comparables | | Net Adj. 4.5% Gross Adj. 5.8% $ | 10,984,000 | Net Adj. 20.1% Gross Adj. 23.0% $ | 9,304,500 | Net Adj. 28.6% Gross Adj. 29.9% $ | 9,900,500 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)  MLS/Parcel Quest

My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)  MLS/Parcel Quest

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | MLS/Parcel Quest | MLS/Parcel Quest | MLS/Parcel Quest | MLS/Parcel Quest |
| Effective Date of Data Source(s) | 06/10/2020 | 06/10/2020 | 06/10/2020 | 06/10/2020 |

Analysis of prior sale or transfer history of the subject property and comparable sales   Subject and comparables have not sold in the last 12 months. Subject property has not sold in the last 36 months as stated above. Comps used are best available at this time.

Summary of Sales Comparison Approach   All comps are from the subjects market area. Bedrooms and baths are adjusted @ $25,000 each, and gross living area square footage is figured @ $400 per square foot over 200 sf differential. Garage adjustment is $25,000 per space, and guest house adjustment is $500,000. Site adjustment is $10 per square foot over 10,000 square foot differential. No site adjustment deemed necessary on comp #2 due to its location adjacent to Hwy 280. Comp #1 does not have highway noise, and is adjusted for location by $350,000. Comp #2 is located next to highway 280 with terrible access via highway off-ramp, and is adjusted for this by $1,000,000. Comp #3 is on a busy road as well as having road noise, and is adjusted for location by $350,000. Comp #1 sold in 29 days. Comp #2 sold in 368 days. Comp #2 was originally listed for $11,998,000, then lowered to $8,399,000, most likely resulting in the longer than typical days on market. Comp #3 sold in 14 days. No similar comps currently found with a bay view like the subject, and adjustment for this is $75,000. This is an exterior only drive-by appraisal report.

Indicated Value by Sales Comparison Approach $   10,500,000

Indicated Value by: Sales Comparison Approach $   10,500,000   Cost Approach (if developed) $   10,501,891   Income Approach (if developed) $   0

The market data approach best reflects buyer thinking and is given greatest emphasis. The cost approach is not required due to difficulties in developing depreciation and lack of vacant land sales, and is included only at the lenders request. Indicated value is more than predominant value most likely due to the subject being new construction as well as it having a larger than typical gross living area.

This appraisal is made ☒ "as is",  ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,  ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:   All comparables were verified closed by Parcel Quest.

Based on a visual inspection of the exterior areas of the subject property from at least the street, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$   10,500,000 , as of   06/10/2020 , which is the date of inspection and the effective date of this appraisal.

Case: 20-50628   Doc# 75   Filed: 07/28/20   Entered: 07/28/20 16:42:14   Page 7 of 48

## ADDITIONAL COMMENTS

The cost approach is not required by Fannie Mae and is not considered applicable to this property analysis due to insufficient, reliable land sales. It is typically considered only appropriate for new construction or where sufficient reliable land sales are available. As a result, the cost approach is given no weight in this value analysis.

Information on this property is obtained from MLS, Parcel Quest, and public records. Appraiser makes the assumption that subject property is in excellent condition being that it is new construction.

I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. By studying the sales and listings of comparable properties, the appraiser concluded that the exposure time for this subject property is equal to the marketing time identified in the neighborhood section of this appraisal report.

Due to recent low sales volume in the subject neighborhood, comps may be older than the typical 3 months, farther away than the typical 1 mile radius, and net and gross adjustments may be larger than typical. Statistical data and comp search is from Los Altos and Los Altos Hills (within a 3 mile radius).
1 acre = 43,560 square feet

Per conversations with Santa Clara County planners (Mark Connelly 1-408-299-5786), and (Carl Hilbrants 1-408-299-5781) on 06/23/2020 subject property has a driveway easement with vacant property at rear (APN#331-14-067). Driveway easements like this are not unusual in Los Altos and Los Altos Hills, comp #1 has a driveway easement very similar to the subjects.

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)     Land value in this appraisal report is derived by abstraction. The cost approach is not required by Fannie Mae and is not considered application to this property analysis due to insufficient, reliable land sales. It is typically considered only appropriate for  new construction or where sufficient reliable land sales are available. As a result, the cost approach is given no weight in this value analysis.

| | | |
|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE ........................................ =$ | 3,000,000 |
| Source of cost data    Local Builders | DWELLING    8,870 Sq.Ft. @ $    700.00 ........ =$ | 6,209,000 |
| Quality rating from cost service    N/A    Effective date of cost data    06/10/2020 | 800 Sq.Ft. @ $    600.00 ........ =$ | 480,000 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | |
| Replacement costs based on input from local builders. Physical | Garage/Carport    888 Sq.Ft. @ $    450.00 ........ =$ | 399,600 |
| depreciation calculated by the Age/Life method. Land value is derived | Total Estimate of Cost-New    ........ =$ | 7,088,600 |
| by abstraction. Land to improvement ratio is typical for the | Less    Physical    Functional    External | |
| neighborhood. The estimated remaining economic life of the subject | Depreciation    336,709 | =$( 336,709) |
| property is 45-60 years. | Depreciated Cost of Improvements    ........................ =$ | 6,751,891 |
| | "As-is" Value of Site Improvements    ........................ =$ | 750,000 |
| Estimated Remaining Economic Life (HUD and VA only)    60 Years | INDICATED VALUE BY COST APPROACH    ........................ =$ | 10,501,891 |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

| | | |
|---|---|---|
| Estimated Monthly Market Rent $ | X Gross Rent Multiplier    = $ | Indicated Value by Income Approach |

Summary of Income Approach (including support for market rent and GRM)

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?    ☐ Yes    ☐ No    Unit type(s)    ☐ Detached    ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| | | |
|---|---|---|
| Total number of phases | Total number of units | Total number of units sold |
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD?    ☐ Yes    ☐ No    If Yes, date of conversion

Does the project contain any multi-dwelling units?    ☐ Yes    ☐ No    Data Source(s)

Are the units, common elements, and recreation facilities complete?    ☐ Yes    ☐ No    If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?    ☐ Yes    ☐ No    If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Case: 20-50628    Doc# 75    Filed: 07/28/20    Entered: 07/28/20 16:42:14    Page 007
48

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a visual inspection of the exterior areas of the subject property from at least the street, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

The appraiser must be able to obtain adequate information about the physical characteristics (including, but not limited to, condition, room count, gross living area, etc.) of the subject property from the exterior-only inspection and reliable public and/or private sources to perform this appraisal. The appraiser should use the same type of data sources that he or she uses for comparable sales such as, but not limited to, multiple listing services, tax and assessment records, prior inspections, appraisal files, information provided by the property owner, etc.

INTENDED USE: The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER: The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS: The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

5. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Case: 20-50628    Doc# 75    Filed: 07/28/20    Entered: 07/28/20 16:42:14    Page 9 of 48

**APPRAISER'S CERTIFICATION:**    The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a visual inspection of the exterior areas of the subject property from at least the street. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.



Case: 20-50628    Doc# 75-3    Filed: 07/28/20    Entered: 07/28/20 16:42:14    Page 10 of 48

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:    The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Ricci Hart | Name |
| Company Name  James J. Nicholas & Associates | Company Name |
| Company Address  P.O. Box 7575 | Company Address |
| Menlo Park, CA 94026 | |
| Telephone Number  650-324-7946 | Telephone Number |
| Email Address  jim@jnassociates.com | Email Address |
| Date of Signature and Report  06/24/2020 | Date of Signature |
| Effective Date of Appraisal  06/10/2020 | State Certification # |
| State Certification #  AR014882 | or State License # |
| or State License # | State |
| or Other (describe)                State # | Expiration Date of Certification or License |
| State  CA | |
| Expiration Date of Certification or License  05/21/2021 | SUBJECT PROPERTY |

| APPRAISER | SUPERVISORY APPRAISER |
|---|---|
| | ☐ Did not inspect exterior of subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 10718 Mora Dr | Date of Inspection |
| Los Altos, CA 94024 | |
| APPRAISED VALUE OF SUBJECT PROPERTY $      10,500,000 | COMPARABLE SALES |
| LENDER/CLIENT | |
| Name  No AMC | ☐ Did not inspect exterior of comparable sales from street |
| Company Name  Platinum Loan Servicing Inc. | ☐ Did inspect exterior of comparable sales from street |
| Company Address  24025 Park Sorrento #150, Calabasas, CA | Date of Inspection |
| 91302 | |
| Email Address | |

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 10718 Mora Dr | 12000 Kate Dr | | 24925 Oneonta Dr | | | |
| | Los Altos, CA 94024 | Los Altos Hills, CA 94022 | | Los Altos Hills, CA 94022 | | | |
| Proximity to Subject | | 1.73 miles NW | | 1.97 miles NW | | | |
| Sale Price | $ | | $ 7,200,000 | | $ 9,998,000 | | $ |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 1235.20 sq.ft. | | $ 1306.93 sq.ft. | | $ sq.ft. | |
| Data Source(s) | | MLS#81779831;DOM 22 | | MLS#81794552;DOM 11 | | | |
| Verification Source(s) | | Doc#24427117 LP $7,995,000 | | Active | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | Listing | 0 | | |
| Concessions | | Conv;0 | | Conv;0 | | | |
| Date of Sale/Time | | s03/20;c02/20 | 0 | Active | 0 | | |
| Location | A;Hwy Noise; | B;Res; | -350,000 | A;Hwy Noise; | | | |
| Leasehold/Fee Simple | Fee Simple | Equal | 0 | Equal | 0 | | |
| Site | 1.26 ac | 1.13 ac | 0 | 43240 sf | +116,500 | | |
| View | B;Wooded/Bay; | B;Wooded; | +75,000 | B;Wooded; | +75,000 | | |
| Design (Style) | DT3;Contemp. | DT2;Tradition. | 0 | DT2;Contemp. | 0 | | |
| Quality of Construction | Q2 | Q2 | | Q2 | | | |
| Actual Age | 4 | 20 | +32,000 | 2 | 0 | | |
| Condition | C1 | C2 | +150,000 | C1 | | | |
| Above Grade | Total 16 Bdrms. 6 Baths 8.3 | Total 13 Bdrms. 5 Baths 4.2 | +137,500 | Total 11 Bdrms. 6 Baths 7.0 | +62,500 | Total Bdrms. Baths | |
| Room Count | | | | | | | |
| Gross Living Area | 8,870 sq.ft. | 5,829 sq.ft. | +1,216,500 | 7,650 sq.ft. | +488,000 | sq.ft. | |
| Basement & Finished | 0sf | 0sf | | 0sf | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Good | Equal | 0 | Equal | 0 | | |
| Heating/Cooling | F/A / Cen. Air | Equal | 0 | Equal | 0 | | |
| Energy Efficient Items | Insulation | Insulation | | Equal | 0 | | |
| Garage/Carport | 4ga10dw | 3ga8dw | +25,000 | 3ga6dw | +25,000 | | |
| Porch/Patio/Deck | Porch/Patio/Dck | Equal | 0 | Equal | 0 | | |
| Pool | Pool | Pool | | Pool | | | |
| Guest House | Guest House | None | +500,000 | None | +500,000 | | |
| Driveway Easement | Driveway Ease. | None | -50,000 | None | -50,000 | | |
| Net Adjustment (Total) | | ☒ + ☐ - $ | 1,736,000 | ☒ + ☐ - $ | 1,217,000 | ☐ + ☐ - $ | |
| Adjusted Sale Price | | Net Adj. 24.1 % | | Net Adj. 12.2 % | | Net Adj. % | |
| of Comparables | | Gross Adj. 35.2 % $ | 8,936,000 | Gross Adj. 13.2 % $ | 11,215,000 | Gross Adj. % $ | |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | MLS/Parcel Quest | MLS/Parcel Quest | MLS/Parcel Quest | |
| Effective Date of Data Source(s) | 06/10/2020 | 06/10/2020 | 06/10/2020 | |

Analysis of prior sale or transfer history of the subject property and comparable sales    Subject and comparables have not sold in the last 12 months. Subject property has not sold in the last 36 months as stated above. Comps used are best available at this time.

Analysis/Comments    Comp #4 is a closed sale, and comp #5 is an active listing in the subjects market area, with comp #5 being a contemporary style like the subject. Bedrooms and baths are adjusted @ $25,000 each, and gross living area square footage is figured @ $400 per square foot over 200 square foot differential. Garage adjustment is $25,000 per space, guest house adjustment is $500,000, and age adjustment is $2,000 per year over 10 years. Site adjustment is $10 per square foot over 10,000 square foot differential, and driveway easement adjustment is $50,000. Comp #4 has older upgrades, and is adjusted for condition by $150,000. Comp #4 sold in 22 days. Please note that comp #5 is not a closed sale.

Case: 20-50628    Doc# 75-3    Filed 07/28/20    Entered 07/28/20 16:42:14    Page 12 of 48

011

# Market Conditions Addendum to the Appraisal Report

File No. 6-1020-3

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 10718 Mora Dr | City | Los Altos | State | CA | ZIP Code | 94024 |
|---|---|---|---|---|---|---|---|

Borrower  N/A

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

## MARKET RESEARCH & ANALYSIS

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 209 | 55 | 71 | ☐ Increasing | ☐ Stable | ☒ Declining |
| Absorption Rate (Total Sales/Months) | 34.83 | 18.33 | 23.67 | ☐ Increasing | ☐ Stable | ☒ Declining |
| Total # of Comparable Active Listings | N/A | N/A | 55 | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | N/A | N/A | 2.3 | ☐ Declining | ☐ Stable | ☐ Increasing |

| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Median Comparable Sale Price | 3,343,000 | 3,271,333 | 3,263,000 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 16 | 26 | 9 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Comparable List Price | N/A | N/A | 3,348,000 | ☐ Increasing | ☐ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | N/A | N/A | 24 | ☐ Declining | ☐ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 99% | 98% | 99% | ☐ Increasing | ☒ Stable | ☐ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | ☐ Yes | ☒ No | | ☐ Declining | ☐ Stable | ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).     Seller credits for non-recurring closing costs are occasional for single family residences in Los Altos and Los Altos Hills, and typically do not exceed 3%.

NOTE: The shaded areas are not filled in because the MLS system does not provide the information to break these sections down for analysis.

Are foreclosure sales (REO sales) a factor in the market?  ☐ Yes  ☒ No      If yes, explain (including the trends in listings and sales of foreclosed properties).

Cite data sources for above information.     MLS Statistics/Parcel Quest Data for single family residences in Los Altos and Los Altos Hills during the past 12 months.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
Median comparable sales price for homes in Los Altos and Los Altos Hills have remained stable during the past 12 months, with lower than typical sales volume. Absorption rate decreased, and median comparable sales days on market remained stable during this period. Median sale price as % of list price also remained stable, and most homes sold within 1-3 months. Please note that low sales volume and diversity of properties may skew statistical data.

## CONDO/CO-OP PROJECTS

If the subject is a unit in a condominium or cooperative project , complete the following:     Project Name:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?  ☐ Yes  ☐ No      If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

## APPRAISER

| | |
|---|---|
| Signature | Signature |
| Appraiser Name  Rici Hart | Supervisory Appraiser Name |
| Company Name  James J. Nicholas & Associates | Company Name |
| Company Address  P.O. Box 7575, Menlo Park, CA 94026 | Company Address |
| State License/Certification #  AR014882   State  CA | State License/Certification #   State |
| Email Address  jim@jjnassociates.com | Email Address |

Freddie Mac Form 71   March 2009          Page 1 of 1          Fannie Mae Form 1004MC   March 2009

Case: 20-50628    Doc# 75-3    Filed: 07/28/20    Entered: 07/28/20 16:42:14    Page
of 48                                                                                    012

# Legal Description

| | |
|---|---|
| Borrower | N/A |
| Property Address | 10718 Mora Dr |
| City | Los Altos | County | Santa Clara | State | CA | Zip Code | 94024 |
| Lender/Client | Platinum Loan Servicing Inc. |


PARCELQUEST
APPRAISE

## Property Location

| | | | |
|---|---|---|---|
| **Address:** 10718 MORA DR | **City:** LOS ALTOS | **Zip:** 94024-6530 |
| **APN#:** 331-14-066 | **Use Code:** Single Family Residence | **County:** Santa Clara |
| **Tract:** LOYOLA HILLS | **Census Tract:** 5117.07 | **Zone:** R1E-1 |
| **Map Page/Grid:** / | **Legal Desc:** LOT 2 | |
| **Total Assessed Value:** 9,305,512 | **Tax Amount:** 111,672.56 | |
| **Percent Improvement:** 81.00 | **Tax Year / Assessor Year:** 2019 / 2019 | |

## Current Owner Information

| | |
|---|---|
| **Current Owner:** FRE 355 LLC | **Owner Address:** 10718 MORA DR |
| **City, State, Zip:** LOS ALTOS, CA, 94024-6530 | **Owner Occupied:** Yes |
| **Last Transaction:** 10/21/2019 | **Deed Type:** deed of trust |
| **Amount:** 50,000 | **Document:** 0024308970 |

## Last Sale Information

| | |
|---|---|
| **Transferred From:** FRE 355 LLC | **Seller Address:** |
| **Recording / Sale Date:** 09/03/2015 / 08/28/2015 | **Prior Recording / Sale Date:** / |
| **Most Recent Sale Price:** 7,500,000 | **Prior Sale Price:** |
| **Document Number:** 0023072709 | **Prior Document No.:** |
| **Document Type:** grant deed/deed of trust | **Prior Document Type:** |

## Lender Information

| | |
|---|---|
| **Lender:** LONE OAK FUND | **Full/Partial:** F |
| **Loan Amount / 2nd Trust Deed:** 7,500,000 / 0 | **Loan Type:** conventional |

## Physical Information

| | | |
|---|---|---|
| **Building Area:** 9,677 | **# of Bedrooms:** 7 | **Lot Size: sqft / acreage:** 54,866 / 1.26 |
| **Additional:** 0 | **# of Bathrooms:** 8.50 | **Year Built / Effective:** 2016 / 2016 |
| **Garage:** 888 | **# of Stories:** 3 | **Heating:** Forced Air |
| **First Floor:** 4599 | **Total Rooms:** 16 | **Cooling:** yes |
| **Second Floor:** 2997 | **# of Units:** 0 | **Roof Type:** |
| **Third Floor:** 2081 | **Garage/Carport:** Garage | **Construction/Quality:** Wood Frame / 9 |
| **Basement Finished:** 0 | **Fireplaces:** 0 | **Building Shape:** Slightly Irregular |
| **Basement Unfinished:** 0 | **Pool/Spa:** Yes | **View:** |

Form MAP_LT.LEGAL — "TOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

013

# Plat Map

| Borrower | N/A |
| Property Address | 10718 Mora Dr |
| City | Los Altos | County | Santa Clara | State | CA | Zip Code | 94024 |
| Lender/Client | Platinum Loan Servicing Inc. |



Case: 20-50628 Doc# 75-3 Filed: 07/28/20 Entered: 07/28/20 16:42:14 Page 15 of 48 014

# Location Map

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 10718 Mora Dr | | | | | | |
| City | Los Altos | County | Santa Clara | State | CA | Zip Code | 94024 |
| Lender/Client | Platinum Loan Servicing Inc. | | | | | | |



# MULTI-PURPOSE SUPPLEMENTAL ADDENDUM
# FOR FEDERALLY RELATED TRANSACTIONS

6-1020-3

| Borrower | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 10718 Mora Dr | | | | |
| City | Los Altos | County Santa Clara | | State CA | Zip Code 94024 |
| Lender/Client | Platinum Loan Servicing Inc. | | | | |

This Multi-Purpose Supplemental Addendum for Federally Related Transactions was designed to provide the appraiser with a convenient way to comply with the current appraisal standards and requirements of the Federal Deposit Insurance Corporation (FDIC), the Office of the Comptroller of Currency (OCC), the Office of Thrift Supervision (OTS), the Resolution Trust Corporation (RTC), and the Federal Reserve.

**This Multi-Purpose Supplemental Addendum is for use with any appraisal. Only those sections and statements which have been marked by the appraiser apply to the property being appraised.**

## ☒ PURPOSE, INTENDED USE & INTENDED USER(S) OF APPRAISAL

○ The purpose of the appraisal is to estimate the market value as defined herein, or ☐ _____

● Intended use of the appraisal report:   This appraisal report is intended for the use by the client to determine current market value.

● Intended user(s) of the appraisal report (by name or type):   Platinum Loan Servicing Inc.

● This is a federally related transaction.

## ☒ EXTENT OF APPRAISAL PROCESS

● The appraisal is based on the information gathered by the appraiser from public records, other identified sources, inspection of the subject property and neighborhood, and selection of comparable sales within the subject market area. The original source of the comparables is shown in the Data Source section of the market grid along with the source of confirmation, if available. The original source is presented first. The sources and data are considered reliable. When conflicting information was provided, the source deemed most reliable has been used. Data believed to be unreliable was not included in the report nor used as a basis for the value conclusion.

○ The Reproduction/Replacement Cost is based on: _____, supplemented by the appraiser's knowledge of the local market.

○ Physical depreciation is based on the estimated effective age of the subject property. Functional and/or external depreciation, if present, is specifically addressed in the appraisal report or other addenda. In estimating the site value, the appraiser has relied on personal knowledge of the local market. This knowledge is based on prior and/or current analysis of site sales and/or abstraction of site values from sales of improved properties.

● The subject property is located in an area of primarily owner-occupied single family residences and the Income Approach is not considered to be applicable. For this reason, the Income Approach was not used.

○ The Estimated Market Rent and Gross Rent Multiplier utilized in the Income Approach are based on the appraiser's knowledge of the subject market area. The rental knowledge is based on prior and/or current rental rate surveys of residential properties. The Gross Rent Multiplier is based on prior and/or current analysis of prices and market rates for residential properties.

○ For income producing properties, actual rents, vacancies and expenses have been reported and analyzed. They have been used to project future rents, vacancies and expenses.

○

## ☒ FEMA FLOOD HAZARD DATA   ☐ Flood map is attached

● Subject property is not located in a FEMA Special Flood Hazard Area.

○ Subject property is located in a FEMA Special Flood Hazard Area.

| Zone | FEMA Map/Panel # | Map Date | Name of Community |
|---|---|---|---|
| D | 06085C0203H | 05/18/2009 | Los Altos |

○ The community does not participate in the National Flood Insurance Program.

○ The community does participate in the National Flood Insurance Program.

○ It is covered by a regular program.

○ It is covered by an emergency program.

Analysis/Comments: _____

## ☒ CURRENT SALES CONTRACT

● The subject property is currently not under contract.

○ The contract and/or escrow instructions were not available for review. The unavailability of the contract is explained later in the addenda section.

○ The contract and/or escrow instructions were reviewed. The following summarizes the contract:

| Contract Date | Amendment Date | Contract Price | Seller | Owner of Record |
|---|---|---|---|---|
| | | | | Fre 355 LLC |

○ The contract indicated that personal property was not included in the sale.

○ The contract indicated that personal property was included. It consisted of _____. Estimated contributory value is $ _____

○ Personal property was not included in the final value estimate.

○ Personal property was included in the final value estimate.

○ The contract indicated no financing concessions or other incentives.

○ The contract indicated the following concessions or incentives: _____

○ If concessions or incentives exist, the comparables were checked for similar concessions and appropriate adjustments were made, if applicable, so that the final value conclusion is in compliance with the Market Value defined herein.

Analysis/Comments: _____

Form MPA4 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

Case: 20-50628   Doc# 75-3   Filed: 07/28/20   Entered: 07/28/20 16:42:14   Page 17 of 48

016

## ☒ MARKET OVERVIEW    Include an explanation of current market conditions and trends.

○ _____ is considered a reasonable exposure time for the subject property at a value range of $ _____ to $ _____

Analysis/Comments: _____

_____

_____

● 1-3 months _____ is estimated to be the marketing time for the subject property.

Analysis/Comments: if priced and marketed properly _____

_____

○ Marketing Factors: _____

_____

_____

_____

## ☒ SUBJECT PROPERTY OFFERING INFORMATION

According to _____ MLS/Parcel Quest _____ the subject property:

○ has not been offered for sale in the past: ☐ 30 days ☐ 1 year ☐ 3 years.

● is currently offered for sale for $ 17,500,000 .

○ was offered for sale within the past: ☐ 30 days ☐ 1 year ☐ 3 years    for $ _____ .

○ Offering information was considered in the final reconciliation of value.

○ Offering information was not considered in the final reconciliation of value.

○ Offering information was not available. The reasons for unavailability and the steps taken by the appraiser are explained later in this addendum.

Analysis/Comments: Price includes adjacent lot  APN#331-14-067, 1.44 ac. _____

_____

_____

## ☒ SALE/TRANSFER HISTORY & ANALYSIS OF SUBJECT PROPERTY

According to the following data source(s): MLS/Parcel Quest _____ , the subject property:

○ Has not transferred ☐ in the past one year. ☐ in the past three years. ☐ in the past five years.

● Has transferred ☐ in the past one year. ☐ in the past three years. ☒ in the past five years.

● All prior sales or transfers occurring in the past   5 years   prior to the Effective Date of Appraisal are listed below.

| Date of Sale/Transfer | Price of Sale/Transfer | Seller | Buyer | Data Source(s) | Effective Date of Data Sources |
|---|---|---|---|---|---|
| 09/03/2015 | 7,500,000 | Unk | Fre 355 LLC | MLS/Parcel Quest | 06/10/2020 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Subject Sale/Transfer History Analysis/Comments: _____

_____

_____

_____

_____

## ☒ SALE/TRANSFER HISTORY & ANALYSIS OF COMPARABLE SALES

According to the following data source(s): MLS/Parcel Quest, comps have not transferred in the last 12 months. _____

_____

all prior sales or transfers occurring in the past _____ prior to the most recent date of sale or transfer are listed below.

| PRIOR SALE/TRANSFER # | COMPARABLE # | COMPARABLE # | COMPARABLE # |
|---|---|---|---|
| Date of Sale or Transfer |  |  |  |
| Price of Sale or Transfer |  |  |  |
| Seller |  |  |  |
| Buyer |  |  |  |
| Data Source(s) |  |  |  |
| Effective Date of Data Source(s) |  |  |  |
| PRIOR SALE/TRANSFER # | COMPARABLE # | COMPARABLE # | COMPARABLE # |
| Date of Sale or Transfer |  |  |  |
| Price of Sale or Transfer |  |  |  |
| Seller |  |  |  |
| Buyer |  |  |  |
| Data Source(s) |  |  |  |
| Effective Date of Data Source(s) |  |  |  |

Comparables Sale/Transfer History Analysis/Comments: _____

_____

_____

_____

_____

_____

Case: 20-50628    Doc# 75-3    Filed: 07/28/20    Entered: 07/28/20 16:42:14    Page 18 of 48    017

| ☒ | ADDITIONAL CERTIFICATIONS |
|---|---|

The Appraiser certifies and agrees that:

(1) The analyses, opinions and conclusions were developed, and this report was prepared, in conformity with the Uniform Standards of Professional Appraisal Practice ("USPAP").

(2) Their compensation is not contingent upon the reporting of predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event.

(3) This appraisal assignment was not based on a requested minimum valuation, a specific valuation, or the approval of a loan.

| ☒ | ENVIRONMENTAL LIMITING CONDITIONS |
|---|---|

The appraiser's opinion of value is based on the assumption that the property is not negatively affected by the existence of hazardous substances or detrimental environmental conditions unless otherwise stated in this report. The appraiser is not an expert in the identification of hazardous substances or detrimental environmental conditions. The appraiser's routine inspection of and inquiries about the subject property did not develop any information that indicated any apparent significant hazardous substances or detrimental environmental conditions which would affect the property negatively unless otherwise stated in this report. It is possible that tests and inspections made by a qualified hazardous substance and environmental expert would reveal the existence of hazardous substances or detrimental environmental conditions on or around the property that would negatively affect its value.

| ☒ | HIGHEST & BEST USE ANALYSIS |
|---|---|

Analysis/Comments: _____

_____

_____

_____

○ As Vacant: _____

● As Improved: _____

_____

| ☒ | EFFECTIVE DATE OF APPRAISAL | (if not current, see comments). |
|---|---|---|

This appraisal report reflects the following value: ☒ Current ☐ Retrospective ☐ Prospective

Effective Date of the Appraisal: 06/10/2020

Comments on the Effective Date _____

_____

| ☐ | ADDITIONAL COMMENTS |
|---|---|

_____

_____

_____

_____

_____

| ☒ | APPRAISER'S SIGNATURE & LICENSE/CERTIFICATION |
|---|---|

Appraiser's Signature _____  Inspection Date 06/10/2020  Signed Date 06/24/2020

Appraiser's Name Ricci Hart  Phone # 650-324-7946

State CA  ☐ License or ☒ Certification # AR011882  Exp. 05/21/2021  Tax ID # 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

☐ Appraiser is certified under the following CE program(s).

| ☐ | CO-SIGNING APPRAISER'S CERTIFICATION |
|---|---|

○ The co-signing appraiser has personally inspected the subject property, both inside and out, and has made an exterior inspection of all comparable sales listed in the report. The report was prepared by the appraiser under direct supervision of the co-signing appraiser. The co-signing appraiser accepts responsibility for the contents of the report including the value conclusions and the limiting conditions, and confirms that the certifications apply fully to the co-signing appraiser.

○ The co-signing appraiser has not personally inspected the interior of the subject property and:
○ has not inspected the exterior of the subject property and all comparable sales listed in the report.
○ has inspected the exterior of the subject property and all comparable sales listed in the report.

○ The report was prepared by the appraiser under direct supervision of the co-signing appraiser. The co-signing appraiser accepts responsibility for the contents of the report, including the value conclusions and the limiting conditions, and confirms that the certifications apply fully to the co-signing appraiser with the exception of the certification regarding physical inspections. The above describes the level of inspection performed by the co-signing appraiser.

○ The co-signing appraiser's level of inspection, involvement in the appraisal process and certification are covered elsewhere in the addenda section of this appraisal.

| ☐ | CO-SIGNING APPRAISER'S SIGNATURE & LICENSE/CERTIFICATION |
|---|---|

Co-Signing Appraiser's Signature _____  Inspection Date _____  Signed Date _____

Co-Signing Appraiser's Name _____  Phone # _____

State _____  ☐ License or ☐ Certification # _____  Exp. _____  Tax ID # _____

☐ Co-Signing Appraiser is certified under the following CE program(s):

Case: 20-50628   Doc# 75-3   Filed: 07/28/20   Entered: 07/28/20 16:42:14   Page 019
of 48

# Subject Photo Page

| | |
|---|---|
| Borrower | N/A |
| Property Address | 10718 Mora Dr |
| City | Los Altos |

| County | Santa Clara | State | CA | Zip Code | 94024 |
|---|---|---|---|---|---|

| Lender/Client | Platinum Loan Servicing Inc. |
|---|---|



### Subject Front

| | |
|---|---|
| 10718 Mora Dr | |
| Sales Price | |
| Gross Living Area | 8,870 |
| Total Rooms | 16 |
| Total Bedrooms | 6 |
| Total Bathrooms | 8.3 |
| Location | A;Hwy Noise; |
| View | B;Wooded/Bay; |
| Site | 1.26 ac |
| Quality | Q2 |
| Age | 4 |



### Subject Rear (MLS Photo)



### Subject Street

## Photograph Addendum (Photos from Active Listing MLS#81794898)

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | N/A | | | | | |
| Property Address | 10718 Mora Dr | | | | | |
| City | Los Altos | County | Santa Clara | State | CA | Zip Code 94024 |
| Lender/Client | Platinum Loan Servicing Inc. | | | | | |



**Kitchen**



**Living/Dining**



**Master Bedroom**



**Deck Off Of Master Bedroom**



**Master Bath**



**Bay Pano View from Deck**

Form PICSIX

020

## Photograph Addendum (Photos from Active Listing MLS#81794898)

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 10718 Mora Dr | | | | | | |
| City | Los Altos | County | Santa Clara | State | CA | Zip Code | 94024 |
| Lender/Client | Platinum Loan Servicing Inc. | | | | | | |



**Pool Area**



**Rec Room**



**Full Bath**



**Half Bath**



**Guest Cottage**



**Guest Cottage Interior**

# Comparable Photo Page

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 10718 Mora Dr | | | | | |
| City | Los Altos | County | Santa Clara | State | CA | Zip Code 94024 |
| Lender/Client | Platinum Loan Servicing Inc. | | | | | |



### Comparable 1
| 25621 Vinedo Ln | |
|---|---|
| Prox. to Subject | 2.75 miles NW |
| Sale Price | 11,500,000 |
| Gross Living Area | 9,348 |
| Total Rooms | 18 |
| Total Bedrooms | 6 |
| Total Bathrooms | 8.3 |
| Location | B;Res; |
| View | B;Wooded; |
| Site | 1.05 ac |
| Quality | Q2 |
| Age | 7 |



### Comparable 2
| 11768 Maria Ln | |
|---|---|
| Prox. to Subject | 1.29 miles NW |
| Sale Price | 7,750,000 |
| Gross Living Area | 7,390 |
| Total Rooms | 14 |
| Total Bedrooms | 8 |
| Total Bathrooms | 8.2 |
| Location | A;MoreHwyNse; |
| View | B;Wooded; |
| Site | 2.23 ac |
| Quality | Q2 |
| Age | 1 |



### Comparable 3
| 1575 Grant Rd | |
|---|---|
| Prox. to Subject | 1.50 miles NE |
| Sale Price | 7,700,000 |
| Gross Living Area | 6,506 |
| Total Rooms | 12 |
| Total Bedrooms | 6 |
| Total Bathrooms | 6.2 |
| Location | A;BusyRd/Nse; |
| View | B;Wooded; |
| Site | 25625 sf |
| Quality | Q2 |
| Age | 1 |

# Comparable Photo Page

| | |
|---|---|
| Borrower | N/A |
| Property Address | 10718 Mora Dr |
| City | Los Altos    County  Santa Clara    State  CA    Zip Code  94024 |
| Lender/Client | Platinum Loan Servicing Inc. |



### Comparable 4

12000 Kate Dr

| | |
|---|---|
| Prox. to Subject | 1.73 miles NW |
| Sale Price | 7,200,000 |
| Gross Living Area | 5,829 |
| Total Rooms | 13 |
| Total Bedrooms | 5 |
| Total Bathrooms | 4.2 |
| Location | B;Res; |
| View | B;Wooded; |
| Site | 1.13 ac |
| Quality | Q2 |
| Age | 20 |



### Comparable 5

24925 Oneonta Dr

| | |
|---|---|
| Prox. to Subject | 1.97 miles NW |
| Sale Price | 9,998,000 |
| Gross Living Area | 7,650 |
| Total Rooms | 11 |
| Total Bedrooms | 6 |
| Total Bathrooms | 7.0 |
| Location | A;Hwy Noise; |
| View | B;Wooded; |
| Site | 43240 sf |
| Quality | Q2 |
| Age | 2 |

### Comparable 6

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

# Appraiser Certification

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 10718 Mora Dr | | | | | | |
| City | Los Altos | County | Santa Clara | State | CA | Zip Code | 94024 |
| Lender/Client | Platinum Loan Servicing Inc. | | | | | | |



Business, Consumer Services & Housing Agency

## BUREAU OF REAL ESTATE APPRAISERS
## REAL ESTATE APPRAISER LICENSE

**Ricci E. Hart**

has successfully met the requirements for a license as a residential real estate appraiser in the State of California and is, therefore, entitled to use the title:

"Certified Residential Real Estate Appraiser"

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

BREA APPRAISER IDENTIFICATION NUMBER:     AR 014882

Effective Date:     May 22, 2019
Date Expires:       May 21, 2021

Jim Martin, Bureau Chief, BREA

3045917

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO SEE "CHAIN LINK"

Form MAP.LT.LEGAL — "TOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# EXTERIOR

This modified set of instructions, Scope of Work, Statement of Assumptions and Limiting Conditions, and Certification replaces and supersedes the corresponding sections of the appraisal report to which this language is attached as an addendum. It is authorized and used with the express permission of Fannie Mae and Freddie Mac as of March 23, 2020. Any signatures attached to the original appraisal report and certifications are incorporated and apply to these revised sections.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, or definition of market value are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Additional modifications or deletions to this revised set of certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a visual inspection of the exterior areas of the subject property from at least the street, (2) inspect the neighborhood, including the condominium or cooperative project, if applicable (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE: The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER: The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third-party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS: The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. If the appraiser has included a floor plan in this appraisal report, it shows the approximate dimensions of the improvements. If included, the floor plan is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has relied on data provided by third parties in this appraisal report. Such data may include, but is not limited to, flood maps, multiple listing real estate services, tax assessment records, public land records, satellite imagery, virtual street views, property data services, surveys, engineering reports, and property data aggregations. After examination of the data and data sources, the appraiser has used only the data he or she considers reliable. The appraiser assumes there are no material omissions and makes no guarantees, express or implied, regarding the accuracy of this data.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

Case: 20-50628    Doc# 75-3    Filed: 07/28/20    Entered: 07/28/20 16:42:14    Page 26
of 48

025

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

APPRAISER'S CERTIFICATION: The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a personal visual inspection of the exterior of the subject property, from the street, as part of this appraisal assignment. I reported the condition of the improvements in factual, specific terms, relying on subject property information from third-party data sources. I reported the physical deficiencies that could affect the livability, soundness or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property or cooperative interest (where applicable) that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. [RESERVED]

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, including the subject project (where applicable), subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

Case: 20-50628   Doc# 75-3   Filed: 07/28/20   Entered: 07/28/20 16:42:14   Page 27 of 48
026

19. I personally prepared all conclusions and opinions about the real estate or cooperative interest (where applicable) that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION: The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

Condition Ratings and Definitions

C1

The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

*Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

C2

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

*Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.*

C3

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

*Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.*

C4

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

*Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.*

C5

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

*Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.*

C6

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

*Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.*

Quality Ratings and Definitions

Q1

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

Q2

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

Case: 20-50628    Doc# 75-3    Filed: 07/28/20    Entered: 07/28/20 16:42:14    Page 29 of 48

Quality Ratings and Definitions (continued)

**Q3**

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5**

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

Definitions of Not Updated, Updated, and Remodeled

Not Updated

> Little or no updating or modernization. This description includes, but is not limited to, new homes.

> Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

Updated

> The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

> An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

Remodeled

> Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

> A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

Explanation of Bathroom Count

> Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

> Example:
> 3.2 indicates three full baths and two half baths.

Case: 20-50628    Doc# 75-3    Filed: 07/28/20    Entered: 07/28/20 16:42:14    Page 30 of 48
029

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

030

# EXHIBIT 2

# APPRAISAL OF REAL PROPERTY

## LOCATED AT
Mora Dr APN# 331-14-067
Los Altos, CA 94024

## FOR
Platinum Loan Servicing Inc.
24025 Park Sorrento #150
Calabasas, CA 91302
Attn: Scot R. Fine

## OPINION OF VALUE
$2,750,000

## AS OF
06/10/2020

## BY
Ricci Hart
James J. Nicholas & Associates
P.O. Box 7575
Menlo Park, CA 94026
650-324-7946
jim@jjnassociates.com

Form GA6V_LT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# LAND APPRAISAL SUMMARY REPORT

File No.: 6-1020-4

| | | |
|---|---|---|
| Property Address: Mora Dr APN# 331-14-067 | City: Los Altos | State: CA Zip Code: 94024 |
| County: Santa Clara | Legal Description: Book 331 Page 14 Lot 3 | |

## SUBJECT

Assessor's Parcel #: 331-14-067  Tax Year: 2020  R.E. Taxes $: 32,014  Special Assessments $: 0
Market Area Name: Los Altos Hills (221)  Map Reference: 831-F5  Census Tract: 5117.02
Current Owner of Record: Mora House LLC  Borrower (if applicable): N/A
Project Type (if applicable): ☐ PUD ☐ De Minimis PUD ☒ Other (describe) Vacant Lot  HOA: $ ☐ per year ☐ per month
Are there any existing improvements to the property? ☒ No ☐ Yes  If Yes, indicate current occupancy: ☐ Owner ☐ Tenant ☒ Vacant ☐ Not habitable
If Yes, give a brief description:

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)
This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective
Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)
This appraisal report is intended for the use by the Client to determine current market value.
Intended User(s) (by name or type): Platinum Loan Servicing Inc.

Client: Platinum Loan Servicing Inc.  Address: 24025 Park Sorrento #150, Calabasas, CA 91302
Appraiser: Ricci Hart  Address: P.O. Box 7575, Menlo Park, CA 94026

## MARKET AREA DESCRIPTION

### Characteristics

| | | | |
|---|---|---|---|
| Location: | ☐ Urban | ☐ Suburban | ☒ Rural |
| Built up: | ☐ Over 75% | ☒ 25-75% | ☐ Under 25% |
| Growth rate: | ☐ Rapid | ☒ Stable | ☐ Slow |
| Property values: | ☐ Increasing | ☒ Stable | ☐ Declining |
| Demand/supply: | ☒ Shortage | ☐ In Balance | ☐ Over Supply |
| Marketing time: | ☒ Under 3 Mos. | ☐ 3-6 Mos. | ☐ Over 6 Mos. |

### Predominant Occupancy

☒ Owner
☐ Tenant
☒ Vacant (0-5%)
☐ Vacant (>5%)

### One-Unit Housing

| | PRICE $(000) | AGE (yrs) |
|---|---|---|
| Low | 1,780 | 0 |
| High | 11,500 | 119 |
| Pred | 3,300 | 59 |

### Present Land Use

| | |
|---|---|
| One-Unit | 100 % |
| 2-4 Unit | % |
| Multi-Unit | % |
| Comm'l | % |
| | % |
| | % |

### Change in Land Use

☒ Not Likely
☐ Likely * ☐ In Process *
* To:

### Factors Affecting Marketability

| Item | Good | Average | Fair | Poor | N/A | Item | Good | Average | Fair | Poor | N/A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employment Stability | ☒ | ☐ | ☐ | ☐ | ☐ | Adequacy of Utilities | ☒ | ☐ | ☐ | ☐ | ☐ |
| Convenience to Employment | ☒ | ☐ | ☐ | ☐ | ☐ | Property Compatibility | ☒ | ☐ | ☐ | ☐ | ☐ |
| Convenience to Shopping | ☐ | ☒ | ☐ | ☐ | ☐ | Protection from Detrimental Conditions | ☒ | ☐ | ☐ | ☐ | ☐ |
| Convenience to Schools | ☐ | ☒ | ☐ | ☐ | ☐ | Police and Fire Protection | ☐ | ☒ | ☐ | ☐ | ☐ |
| Adequacy of Public Transportation | ☐ | ☐ | ☒ | ☐ | ☐ | General Appearance of Properties | ☒ | ☐ | ☐ | ☐ | ☐ |
| Recreational Facilities | ☐ | ☒ | ☐ | ☐ | ☐ | Appeal to Market | ☒ | ☐ | ☐ | ☐ | ☐ |

Market Area Comments: The neighborhood is in the Los Altos Hills neighborhood (MLS Area #221) of Los Altos. Due to an extreme shortage of vacant lots in the subject neighborhood, comp search extended back 2 years and includes all of Los Altos and Los Altos Hills.The neighborhood consists of conforming and estate single family residences, some on steeper lots with bay views. The market area can be densely wooded and views are generally wooded. Employment centers are 10-45 minutes away. Subject lot sides to Rancho San Antonio Open Space Preserve.

Please note that subject public records incorrectly states that subject lot address is 10700 Mora Drive. 10700 Mora Drive is 2 lots away, is 1.87 acres, has a home on it, and has an APN # 331-14-065.

## SITE DESCRIPTION

Dimensions: Irregular  Site Area: 1.44 ac
Zoning Classification: R1E-1  Description: Vacant Miscellaneous
Do present improvements comply with existing zoning requirements? ☐ Yes ☐ No ☒ No Improvements
Uses allowed under current zoning: Single Family Residence

Are CC&Rs applicable? ☐ Yes ☒ No ☐ Unknown  Have the documents been reviewed? ☐ Yes ☐ No  Ground Rent (if applicable) $ /
Comments:
Highest & Best Use as improved: ☐ Present use, or ☒ Other use (explain) Single Family Residence

Actual Use as of Effective Date: Vacant lot  Use as appraised in this report: Vacant Lot
Summary of Highest & Best Use: Single Family Residence

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | | |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | PG&E | Street | Asphalt | ☐ | ☒ | Frontage | Gated |
| Gas | ☒ | ☐ | PG&E | Width | | | | Topography | Flat to Downslope |
| Water | ☒ | ☐ | Public | Surface | | | | Size | Typical |
| Sanitary Sewer | ☒ | ☐ | Public | Curb/Gutter | | ☐ | ☐ | Shape | Irregular |
| Storm Sewer | ☐ | ☐ | | Sidewalk | | ☐ | ☐ | Drainage | Appears Adequate |
| Telephone | ☒ | ☐ | Pac Bell | Street Lights | | ☐ | ☐ | View | Wooded/Bay |
| Multimedia | ☐ | ☐ | | Alley | | ☐ | ☐ | | |

Other site elements: ☐ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☒ Other (describe) Driveway Easement
FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone D  FEMA Map # 06085C0201H  FEMA Map Date 05/18/2009
Site Comments: The site is a flat to downslope, wooded undeveloped residential parcel located in the hills of Los Altos, and sides to Rancho San Antonio Preserve. Appraiser assumes limited services to parcel at time of appraisal. Access to lot from Mora Drive is via easement (see attached Santa Clara County plans). County senior planners Carl Hilbrants (408-299-5781) and Mark Connelly (408-299-5786) provided plans showing the existence of ingress/egress easement for the subject property (see included plans). Appraiser makes the extraordinary assumption that all information provided is correct.

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# LAND APPRAISAL SUMMARY REPORT

File No.: 6-1020-4

## TRANSFER HISTORY

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s): MLS/Parcel Quest

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: Subject property has not transferred in |
|---|---|
| Date: | the last 5 years. Property is currently listed for sale with adjacent new construction, see |
| Price: | MLS#81794898. |
| Source(s): | |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s): | |

## SALES COMPARISON APPROACH

| FEATURE | SUBJECT PROPERTY | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | Mora Dr APN# 331-14-067 | 27474 Sunrise Farm Rd | | 168 W Portola Ave | | 25788 Bassett Ln | |
| | Los Altos, CA 94024 | Los Altos Hills, CA 94022 | | Los Altos, CA 94022 | | Los Altos Hills, CA 94022 | |
| Proximity to Subject | | 3.49 miles NW | | 4.12 miles N | | 2.13 miles NW | |
| Sale Price | $ | | 2,750,000 | $ | 2,798,000 | $ | 2,675,888 |
| Price/ | $ | $ 2,291,666.67 | | $ 279.80 | | $ 1,832,800.00 | |
| Data Source(s) | | MLS#81779892  LP $2,998,000 | | MLS#81782441  LP $2,798,000 | | MLS#81781512 | |
| Verification Source(s) | | DOM 15      Doc# 24418215 | | DOM 5      Doc# 24423142 | | DOM 66      Active Listing | |
| VALUE ADJUSTMENT | DESCRIPTION | DESCRIPTION | +(-) $ Adjust | DESCRIPTION | +(-) $ Adjust | DESCRIPTION | +(-) $ Adjust |
| Sales or Financing | | Arms Length | | Arms Length | | Arms Length | |
| Concessions | | Conv;0 | | Conv;0 | | Conv;0 | |
| Date of Sale/Time | | 03/02/2020 | | 03/06/2020 | | Active Listing | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Good | Equal | | Equal | | Equal | |
| Site Area | 1.44 acres | 1.2 acres | | 10,000sf | +10,000 | 1.46 acres | |
| A.P.N. | 331-14-067 | 182-11-064 | | 167-22-010 | | 336-430-019 | |
| Topography | Flat to Downslope | Flat to Downslope | | Flat | | Flat to Downslope | |
| View | Wooded/Bay | Wooded/Bay | | Neighborhood | +25,000 | Wooded/Bay | |
| Net Adjustment (Total, in $) | | ☐ +  ☐ – | $ | ☒ +  ☐ – | $         35,000 | ☐ +  ☐ – | $ |
| Adjusted Sale Price (in $) | | | 2,750,000 | | 2,833,000 | | 2,675,888 |

Summary of Sales Comparison Approach      Sales comparables were researched back 2 years. No site adjustment deemed necessary for comps #1 and #3, comp #2 is adjusted minimally for lot size by $10,000 considering it is located in the more suburban district of Los Altos (walking to schools, and shopping). Comps used are the best available vacant lots at this time. Comp #1 is the most weighted as it is very similar to the subject parcel in location, slope, size, and view. Please note that comp #3 is an active listing.

## PUD

PROJECT INFORMATION FOR PUDs (if applicable)      ☐ The Subject is part of a Planned Unit Development.

Legal Name of Project:

Describe common elements and recreational facilities:

## RECONCILIATION

Indicated Value by: Sales Comparison Approach $      2,750,000

Final Reconciliation      The market data approach best reflects buyer thinking and is given greatest emphasis. The cost approach is not used because there are no improvements. This appraisal is signed digitally and is a true and correct copy of my signature.

This appraisal is made ☒ "as is", or ☐ subject to the following conditions:      Comparables were verified closed by Parcel Quest.

☒ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based upon an inspection of the subject property, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is:
$      2,750,000      , as of:      06/10/2020      , which is the effective date of this appraisal.
If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report.  See attached addenda.

## ATTACH.

A true and complete copy of this report contains      16      pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report, which contains the following attached exhibits:      ☒ Scope of Work
☒ Limiting cond./Certifications      ☐ Narrative Addendum      ☒ Location Map(s)      ☐ Flood Addendum      ☒ Additional Sales
☒ Photo Addenda      ☒ Parcel Map      ☐ Hypothetical Conditions      ☐ Extraordinary Assumptions

Client Contact:      Scot Fine      Client Name:      Platinum Loan Servicing Inc.
E-Mail:      sfine@MarqueeFundingGroup.com      Address:      24025 Park Sorrento #150, Calabasas, CA 91302

## SIGNATURES

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| | Supervisory or Co-Appraiser Name: |
| Appraiser Name:   Ricci Hart | Company: |
| Company:   James J. Nicholas & Associates | Company: |
| Phone:   650-324-7946      Fax: | Phone:      Fax: |
| E-Mail:   jim@jjnassociates.com | E-Mail: |
| Date of Report (Signature):   06/25/2020 | Date of Report (Signature): |
| License or Certification #:   AR014882      State:   CA | License or Certification #:      State: |
| Designation: | Designation: |
| Expiration Date of License or Certification:   05/21/2021 | Expiration Date of License or Certification: |
| Inspection of Subject:   ☒ Did Inspect   ☐ Did Not Inspect (Desktop) | Inspection of Subject:   ☐ Did Inspect   ☐ Did Not Inspect |
| Date of Inspection:   06/10/2020 | Date of Inspection: |

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# Assumptions, Limiting Conditions & Scope of Work

| | | | | |
|---|---|---|---|---|
| Property Address: Mora Dr APN# 331-14-067 | | City: Los Altos | State: CA | Zip Code: 94024 |
| Client: Platinum Loan Servicing Inc. | Address: 24025 Park Sorrento #150, Calabasas, CA 91302 | | | |
| Appraiser: Ricci Hart | Address: P.O. Box 7575, Menlo Park, CA 94026 | | | |

## STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS

- The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

- The appraiser may have provided a plat and/or parcel map in the appraisal report to assist the reader in visualizing the lot size, shape, and/or orientation. The appraiser has not made a survey of the subject property.

- If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

- The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

- An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

- The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database. Possession of this report or any copy thereof does not carry with it the right of publication.

- Forecasts of effective demand for the highest and best use are best fitting and most appropriate use were based on the best available data concerning the market and are subject to conditions of economic uncertainty about the future.

The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.): The appraiser makes the extraordinary assumption that the property is currently buildable.

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# Certifications & Definitions

| | | | | |
|---|---|---|---|---|
| Property Address: Mora Dr APN# 331-14-067 | | City: Los Altos | State: CA | Zip Code: 94024 |
| Client: Platinum Loan Servicing Inc. | Address: 24025 Park Sorrento #150, Calabasas, CA 91302 | | | |
| Appraiser: Ricci Hart | Address: P.O. Box 7575, Menlo Park, CA 94026 | | | |

## APPRAISER'S CERTIFICATION

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

Additional Certifications:

## DEFINITION OF MARKET VALUE *:

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS,FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| | |
|---|---|
| Client Contact: Scot Fine | Client Name: Platinum Loan Servicing Inc. |
| E-Mail: sfine@MarqueeFundingGroup.com | Address: 24025 Park Sorrento #150, Calabasas, CA 91302 |

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: Ricci Hart | Supervisory or Co-Appraiser Name: |
| Company: James J. Nicholas & Associates | Company: |
| Phone: 650-324-7946        Fax: | Phone:            Fax: |
| E-Mail: jim@jjnassociates.com | E-Mail: |
| Date Report Signed: 06/25/2020 | Date Report Signed: |
| License or Certification #: AR014882        State: CA | License or Certification #:        State: |
| Designation: | Designation: |
| Expiration Date of License or Certification: 05/21/2021 | Expiration Date of License or Certification: |
| Inspection of Subject: [X] Did Inspect  [ ] Did Not Inspect (Desktop) | Inspection of Subject: [ ] Did Inspect  [ ] Did Not Inspect |
| Date of Inspection: 06/10/2020 | Date of Inspection: |

Copyright © 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# Legal Description

| Borrower | N/A |
|---|---|
| Property Address | Mora Dr APN# 331-14-067 |
| City | Los Altos |

| City | Los Altos | County | Santa Clara | State | CA | Zip Code | 94024 |
|---|---|---|---|---|---|---|---|

| Lender/Client | Platinum Loan Servicing Inc. |
|---|---|



**County Last Updated: 06/09/2020**

## Property Location

| | | |
|---|---|---|
| **Address:** 10700 MORA DR | **City:** LOS ALTOS | **Zip:** 94024-6530 |
| **APN#:** 331-14-067 | **Use Code:** Vacant Miscellaneous | **County:** Santa Clara |
| **Tract:** LOYOLA HILLS | **Census Tract:** 5117.07 | **Zone:** R1E-1 |
| **Map Page/Grid:** / | **Legal Desc:** LOT 3 | |
| **Total Assessed Value:** 2,653,020 | **Tax Amount:** 32,014.08 | |
| **Percent Improvement:** 0.00 | **Tax Year / Assessor Year:** 2019 / 2019 | |

## Current Owner Information

| | |
|---|---|
| **Current Owner:** MORA HOUSE LLC | **Owner Address:** 10700 MORA DR |
| **City, State, Zip:** LOS ALTOS, CA, 94024-6530 | **Owner Occupied:** Yes |
| **Last Transaction:** 10/21/2019 | **Deed Type:** deed of trust |
| **Amount:** 50,000 | **Document:** 0024308970 |

## Last Sale Information

| | |
|---|---|
| **Transferred From:** BLANCHARD R & E 1990 TRUST | **Seller Address:** |
| **Recording / Sale Date:** 02/26/2016 / 09/04/2015 | **Prior Recording / Sale Date:** 08/27/2007 / 08/08/2007 |
| **Most Recent Sale Price:** 2,500,000 | **Prior Sale Price:** 2,000,000 |
| **Document Number:** 0023230813 | **Prior Document No.:** 0019565480 |
| **Document Type:** grant deed/deed of trust | **Prior Document Type:** |

## Lender Information

| | |
|---|---|
| **Lender:** BLANCHARD R & E 1990 TRUS | **Full/Partial:** F |
| **Loan Amount / 2nd Trust Deed:** 2,000,000 / 0 | **Loan Type:** conventional |

## Physical Information

| | | |
|---|---|---|
| **Building Area:** 0 | **# of Bedrooms:** 0 | **Lot Size: sqft / acreage:** 62,726 / 1.44 |
| **Additional:** 0 | **# of Bathrooms:** 0.00 | **Year Built / Effective:** 0 / 0 |
| **Garage:** 0 | **# of Stories:** 0 | **Heating:** |
| **First Floor:** 0 | **Total Rooms:** 0 | **Cooling:** |
| **Second Floor:** 0 | **# of Units:** 0 | **Roof Type:** |
| **Third Floor:** 0 | **Garage/Carport:** | **Construction/Quality:** Primary Material Unlisted / 0 |
| **Basement Finished:** 0 | **Fireplaces:** 0 | **Building Shape:** |
| **Basement Unfinished:** 0 | **Pool/Spa:** No | **View:** |

©2020 Copyright All Rights Reserved. **ParcelQuest**

Form MAP_LT.LEGAL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**037**

# Plat Map

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | Mora Dr APN# 331-14-067 | | | | | | |
| City | Los Altos | County | Santa Clara | | State | CA | Zip Code 94024 |
| Lender/Client | Platinum Loan Servicing Inc. | | | | | | |



# Location Map

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | Mora Dr APN# 331-14-067 | | | | | | |
| City | Los Altos | County | Santa Clara | State | CA | Zip Code | 94024 |
| Lender/Client | Platinum Loan Servicing Inc. | | | | | | |



# Parcel Map

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | Mora Dr APN# 331-14-067 | | | | | | |
| City | Los Altos | County | Santa Clara | State | CA | Zip Code | 94024 |
| Lender/Client | Platinum Loan Servicing Inc. | | | | | | |



Form MAP_LT.LEGAL — "TOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Parcel Map

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | Mora Dr APN# 331-14-067 | | | | | | |
| City | Los Altos | County | Santa Clara | State | CA | Zip Code | 94024 |
| Lender/Client | Platinum Loan Servicing Inc. | | | | | | |



Case: 20-50628    Doc# 75-3    Filed: 07/28/20    Entered: 07/28/20 16:42:14    Page 42 of 48

Form MAP_LT.LEGAL — "TOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Parcel Map

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | Mora Dr APN# 331-14-067 | | | | | |
| City | Los Altos | County | Santa Clara | State | CA | Zip Code 94024 |
| Lender/Client | Platinum Loan Servicing Inc. | | | | | |



Form MAP.LT.LEGAL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Parcel Map

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | Mora Dr APN# 331-14-067 | | | | | |
| City | Los Altos | County | Santa Clara | State | CA | Zip Code 94024 |
| Lender/Client | Platinum Loan Servicing Inc. | | | | | |



Case: 20-50628    Doc# 75-3    Filed: 07/28/20    Entered: 07/28/20 16:42:14    Page 43
of 48
Form MAP_LT.LEGAL — "TOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | Mora Dr APN# 331-14-067 | | | | | | |
| City | Los Altos | County | Santa Clara | State | CA | Zip Code | 94024 |
| Lender/Client | Platinum Loan Servicing Inc. | | | | | | |



**Front From Street**
Mora Dr APN# 331-14-067



**Flat To Downslope Lot**



**Street View**

## Subject Photo Page

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | Mora Dr APN# 331-14-067 | | | | | | |
| City | Los Altos | County | Santa Clara | State | CA | Zip Code | 94024 |
| Lender/Client | Platinum Loan Servicing Inc. | | | | | | |



### Subject Parcel

Mora Dr APN# 331-14-067
Sales Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location          Good
View
Site              1.44
Quality
Age

**Subject Parcel**



**Subject Parcel**



# Comparable Photo Page

| | |
|---|---|
| Borrower | N/A |
| Property Address | Mora Dr APN# 331-14-067 |
| City | Los Altos |
| County | Santa Clara |
| State | CA |
| Zip Code | 94024 |
| Lender/Client | Platinum Loan Servicing Inc. |



**Comparable 1**
27474 Sunrise Farm Rd, Los Altos Hills



**Comparable 2**
168 W Portola Ave, Los Altos, CA 94022



**Comparable 3**
25788 Bassett Lane, Los Altos, Ca 94022

**046**

# Appraiser License

| | |
|---|---|
| Borrower | N/A |
| Property Address | Mora Dr APN# 331-14-067 |
| City | Los Altos |
| County | Santa Clara |
| State | CA |
| Zip Code | 94024 |
| Lender/Client | Platinum Loan Servicing Inc. |



Business, Consumer Services & Housing Agency

BUREAU OF REAL ESTATE APPRAISERS
REAL ESTATE APPRAISER LICENSE

Ricci E. Hart

has successfully met the requirements for a license as a residential real estate appraiser in the State of California and is, therefore, entitled to use the title:

"Certified Residential Real Estate Appraiser"

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

BREA APPRAISER IDENTIFICATION NUMBER:    AR 014882

Effective Date:    May 22, 2019
Date Expires:      May 21, 2021

Jim Martin, Bureau Chief, BREA

3045917

Form MAP.LT.LEGAL — "TOTAL" appraiser software by a la mode, inc. — 1-800-ALAMODE