| | |
|---|---|
| 1 | **Lewis R. Landau** (CA Bar No. 143391) |
| | **Attorney-at-Law** |
| 2 | 22287 Mulholland Hwy., # 318 |
| | Calabasas, California 91302 |
| 3 | Voice & Fax: (888) 822-4340 |
| 4 | *Email: Lew@Landaunet.com* |
| 5 | Attorney for Platinum Loan Servicing, Inc. |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No.: 20-50628 SLJ 11 |
| FRE 355 Investment Group, LLC, | Cases Jointly Administered |
| | Chapter 11 |
| Debtor. | Case No.: 20-50631 SLJ 11 |
| | R.S. No.: LRL -001 |
| In re | **ERRATA RE ADDENDUM TO NOTE INADVERTENTLY OMITTED FROM EXHIBIT 1 TO FINE DECLARATION** |
| Mora House, LLC, | |
| Debtor. | Date: August 11, 2020 |
| | Time: 10:00 a.m. |
| | Place: Courtroom 9 (Telephonic) |
| | US Bankruptcy Court; Judge Johnson |
| | 280 South First Street |
| | San Jose, California 95113 |

# Addendum to Promissory Note

# Loan#10536

In addition to the security in the real property at 10718 Mora Drive, Los Altos, California as described in the Deed of Trust securing this obligation the promissory note will also be secured by an additional Deed of Trust further collateralized by the following:

**The real property commonly known as 276 Dalewood Way, San Francisco, Ca 94127**

Borrower has represented that the property is currently under contract and scheduled to close on or about 30 days from the date of execution.

**Lender shall release the real property interest in said property for a Principal reduction of Five Hundred Thousand dollars ($500,000.00)**

**Agreed and accepted this** ____4____ **day of** __April__, 2018

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I am employed in the County of Los Angeles, California. I am over the age of eighteen |
| 3 | (18) years and not a party to the within entitled cause, my business address is 22287 Mulholland |
| 4 | Hwy., # 318, Calabasas, CA 91302. |
| 5 | On July 28, 2020 I served a true and correct copy of the following documents: |
| 6 | **ERRATA RE ADDENDUM TO NOTE INADVERTENTLY OMITTED FROM EXHIBIT 1 TO FINE DECLARATION** |
| 7 | |
| 8 | by effecting electronic delivery upon such persons that have agreed to accept service through the |
| 9 | Court's CM/ECF electronic noticing system as follows: |

Bernard S. Greenfield on behalf of Creditor Richard Blanchard
bgreenfield@greenfieldlaw.com, ckaefer@greenfieldlaw.com
Robert G. Harris on behalf of Debtor FRE 355 Investment Group, LLC
rob@bindermalter.com
Lewis R. Landau on behalf of Creditor Platinum Loan Servicing, Inc.
lew@landaunet.com
Michael W. Malter on behalf of Debtor FRE 355 Investment Group, LLC
michael@bindermalter.com
Office of the U.S. Trustee / SJ
USTPRegion17.SJ.ECF@usdoj.gov
Suhey Ramirez on behalf of U.S. Trustee Office of the U.S. Trustee / SJ
suhey.ramirez@usdoj.gov, Patti.Vargas@UST.DOJ.GOV
Julie H. Rome-Banks on behalf of Debtor FRE 355 Investment Group, LLC
julie@bindermalter.com
Jennifer C. Wong on behalf of Creditor Wells Fargo Bank, N.A.
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of July 2020 at Los Angeles, California.

*/s/ Lewis R. Landau*
Lewis R. Landau