# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| IN RE: FRE 355 Investment Group, LLC | CASE NO: 20-50628 SLJ |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |
| | ECF Docket Reference No. 84 |

On 8/27/2020, I did cause a copy of the following documents, described below,

U.S. Trustee's Objection to the Disclosure Statement to the Debtors' Proposed Combined Plan of Reorganization and Disclosure Statement. ECF Docket Reference No. 84

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/27/2020

/s/ Ianthe Del Rosario
Ianthe Del Rosario .
OFFICE OF THE UNITED STATES TRUSTEE
280 SOUTH FIRST STREET
SAN JOSE, CA 95113
408 535 5525

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE: FRE 355 Investment Group, LLC | CASE NO: 20-50628 SLJ<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 11<br>ECF Docket Reference No. 84 |

On 8/27/2020, a copy of the following documents, described below,

U.S. Trustee's Objection to the Disclosure Statement to the Debtors' Proposed Combined Plan of Reorganization and Disclosure Statement. ECF Docket Reference No. 84

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/27/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Ianthe Del Rosario
OFFICE OF THE UNITED STATES TRUSTEE
280 SOUTH FIRST STREET
SAN JOSE, CA 95113

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
FRE 355 INVESTMENT GROUP LLC       MELVIN VAUGHN                      ROBERT G. HARRIS
P.O. BOX 3156                      10700 MORA DRIVE                   LAW OFFICES OF BINDER AND MALTER
LOS ALTOS CA 94024                 LOS ALTOS CA 94024                 2775 PARK AVENUE
                                                                      SANTA CLARA CA 95050


MICHAEL W. MALTER                  JULIE H. ROME-BANK                 LEWIS R. LANDAU
LAW OFFICES OF BINDER AND MALTER   LAW OFFICES OF BINDER AND MALTER   ATTORNEY-AT-LAW
2775 PARK AVENUE                   2775 PARK AVENUE                   22287 MULHOLLAND HWY. #318
SANTA CLARA CA 95050               SANTA CLARA CA 95050               CALABASAS CA 91302



MCCARTHY & HOLTHUS LLP
411 IVY STREET
SAN DIEGO CA 92101
```