MICHAEL W. MALTER. #96533
ROBERT G. HARRIS, #124678
JULIE H. ROME-BANKS, #142364
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
T: (408) 295-1700
F: (408) 295-1531
Email: Michael@bindermalter.com
Email: Rob@bindermalter.com
Email: Julie@bindermalter.com

Attorneys for Debtors-In-Possession,
FRE 355 INVESTMENT GROUP, LLC and
MORA HOUSE, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

| | |
|---|---|
| In re:<br><br>FRE 355 INVESTMENT GROUP, LLC, dba FRE 355,<br><br>              Debtor. | Case No.  20-50628-SLJ<br><br>Cases Jointly Administered<br><br>Chapter 11 |
| In re<br><br>MORA HOUSE, LLC,<br><br>              Debtor. | Case No. 20-50631-SLJ<br><br>Chapter 11<br><br>Date: September 3, 2020<br>Time: 1:30 p.m.<br>Courtroom: 9<br>Tele/Video |

## SECOND JOINT CHAPTER 11 STATUS CONFERENCE STATEMENT

Comes now Debtors FRE 355 Investment Group, LLC ("FRE 355") and Mora House, LLC ("Mora" together with FRE 355 the "Debtors") and respectfully represent:

1.      The Debtors incorporate by reference the history of events leading up to the bankruptcy filing as reflected in the initial chapter 11 status conference statement filed in these cases at docket #50.

Case: 20-50628   Doc# 86   Filed: 08/27/20   Entered: 08/27/20 16:12:50   Page 1 of 2

2.      The Debtors filed a joint chapter 11 plan and a disclosure statement on July 10, 2020 (docket #64 and 65 respectively).  The plan and disclosure statement were filed within the 90-day period for these single asset real estate cases pursuant to 11 U.S.C. §362(d)(3) and within the exclusive time for the Debtors to file a plan of August 11, 2020.  Accordingly, the exclusive time for the Debtors to solicit acceptances is October 10, 2020.  The hearing to approve the disclosure statement is scheduled for the same time as this continued status conference.

3.      The U.S. Trustee filed an objection to the disclosure statement about which the parties met and conferred, in part.  The Debtors will, through counsel, communicate further and attempt to generate an agreed amendment to satisfy the concerns raised.

4.      There is pending before the Court the (a) motion for relief from stay and (b) a related motion to dismiss the bankruptcy, both filed by secured creditor Platinum Loan Servicing ("Platinum").  The Court has set a final hearing on both matters together for September 29, 2020 and issued a schedule for the Debtor to file opposition to the motion for relief from stay and for a reply.  The Debtor previously filed opposition to the motion to dismiss on August 5, 2020 (docket #79, 79-1 and 79-2).  The Debtors anticipate filing an objection to the claim of Platinum within the next few days and will seek informal discovery regarding the claim as well as Platinum's two pending motions.

5.      The Debtors have provided proof of insurance coverage on both properties to the United States Trustee as well as to counsel for Platinum.  Both properties are insured under a policy with State Farm.

6.      The Debtors are current in the filing of monthly operating reports and payment of quarterly fees to the U.S. Trustee.

Dated: August 27, 2020                              BINDER & MALTER, LLP


                                                    By: /s/ *Robert G. Harris*
                                                        Robert G. Harris
                                                        Attorneys for Debtors

Case: 20-50628   Doc# 86   Filed: 08/27/20   Entered: 08/27/20 16:12:50   Page 2 of 2