1   **Lewis R. Landau** (CA Bar No. 143391)
    **Attorney-at-Law**
2   22287 Mulholland Hwy., # 318
    Calabasas, California 91302
3   Voice & Fax: (888) 822-4340
    *Email: Lew@Landaunet.com*
4
5   Attorney for Platinum Loan Servicing, Inc.

6
                    **UNITED STATES BANKRUPTCY COURT**
7
                    **NORTHERN DISTRICT OF CALIFORNIA**
8
                            **SAN JOSE DIVISION**
9

10
    In re                               Case No.:  20-50628 SLJ 11
11
    FRE 355 Investment Group, LLC,      Cases Jointly Administered
12
                                        Chapter 11
13
                    Debtor.             Case No.:  20-50631 SLJ 11
14
                                        **RESPONSE IN OPPOSITION TO**
15  ─────────────────────────────       **OBJECTION TO CLAIM**
    In re
16
    Mora House, LLC,
17
                                        Date: October 7, 2020
                    Debtor.             Time: 2:00 p.m.
18                                      Place: Courtroom 9 (Telephonic)
                                        US Bankruptcy Court; Judge Johnson
19                                      280 South First Street
                                        San Jose, California 95113
20  ─────────────────────────────

21          Platinum Loan Servicing, Inc. ("PLS") as servicing agent for the beneficiaries of the

22  mortgages on the real property owned by FRE 355 dba FRE 355 Investment Group, LLC ("FRE

23  355") and Mora House, LLC ("Mora House") (FRE 355 and Mora House are collectively referred

24  to as "Debtors"), herein files its response in opposition to the Objections to Claims of Platinum

25  Loan Servicing [ECF # 91] ("Objections") filed by Debtors on September 1, 2020.  For all these

26  reasons, the Court should overrule and deny the Objections.

27

28

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## THE OBJECTIONS ARE MERITLESS
## AND SHOULD BE OVERRULED

The Debtors' Objections are primarily based on confusion over PLS's accounting descriptions for the various charges accrued on the account. To clarify the accruals on PLS's loan, PLS has reformatted its beneficiary demand to eliminate the alleged confusion. The revised demand is attached hereto as Exhibit 1 and is incorporated herein by reference.

As set forth in Exhibit 1, the following are the components of PLS's claim as updated through October 1, 2020:

1. Undisputed principal balance: **$10,937,000**. Debtors paid the loan through 6/30/19, although default interest based on defaulted payments that commenced on 2/1/19;

2. 10% interest 8/1/19 to 9/22/20: **$1,303,154.67**. Interest is paid in arrears, so the 8/1/19 date includes interest accruing in July 2019 after the last payment;

3. Late charges 10% on installments due 12/1/18 to 9/1/20: **$200,511.74**;

4. Default interest + 5% 2/1/19 to 9/1/20: **$820,274.94**;

5. Additional late fees on default interest: **$86,584.52**;

6. Misc. charges foreclosure trustee and attorney's fees: **$103,282.69**.

There is nothing incorrect or "overlapping" (as alleged in the Objection) about the foregoing accruals.

Debtors also complain that the miscellaneous charges are not documented. Attached hereto as Exhibits 2 and 3 are true and correct copies of documents evidencing the foreclosure trustee fees and redacted attorney fee billings.

For all these reasons, the Objections are meritless and should be overruled and denied.

Dated: September 22, 2020

**Lewis R. Landau**
**Attorney-at-Law**

By:*/s/ Lewis R. Landau*
Lewis R. Landau
Attorneys for Movant

**DECLARATION OF SCOT FINE**

I, Scot Fine, do hereby declare:

1. I am the Chief Executive Officer of Platinum Loan Servicing, Inc. ("PLS") and have personal knowledge of the facts set forth herein.

2. PLS is the contractual loan servicer for S & R Income Fund I, LP as to an undivided 40.569% interest and S & R Income Fund II, LP as to an undivided 22.401% interest and RDG Lender Services, LLC, as to an undivided 9.600% interest and PLC Investment Group, LLC, a California limited liability company as to an undivided 9.143% interest and Julian Maimin and Stacey Maimin, Trustees, of the Julian Maimin & Stacey Maimin Revocable Trust U/A 12/1/10 as to an undivided 6.857% interest and Judi Beth Kaplan, Trustee of the Judi Beth Kaplan Living Trust dated November 29, 2006 as to an undivided 4.572% interest and William H. Scripps and Kathryn A. Scripps Trustees, of the Scripps Family 1992 Revocable Trust U/A 6-9-92 as to an undivided 4.572% interest and Lauren Dromy, Trustee, of The Israel Maimin 2010 Granter Trust FBO Lauren Dromy U/A 12/1/10 as to an undivided 2.286% interest (hereinafter "Lenders") under the March 29, 2018 Note Secured by Deed of Trust executed by FRE 355, LLC ("Note"). The Note is secured by a first priority deed of trust on the FRE 355 real property and a second priority deed of trust on the Mora House real property.

3. I am readily familiar with PLS's books and records for servicing the Note. The total amount due on the Lenders' loan as of October 1, 2020 is **$13,450,808.56** as accurately set forth in the revised beneficiary demand a true and correct copy of which is attached hereto as Exhibit 1. The following accurately states the amounts accruing and due for the subject time periods:

    a. Undisputed principal balance: **$10,937,000**. Debtors paid the loan through 6/30/19, although default interest based on defaulted payments that commenced on 2/1/19;

    b. 10% interest 8/1/19 to 9/22/20: **$1,303,154.67**. Interest is paid in arrears, so the 8/1/19 date includes interest accruing in July 2019 after the last payment;

    c. Late charges 10% on installments due 12/1/18 to 9/1/20: **$200,511.74**;

    d. Default interest + 5% 2/1/19 to 9/1/20: **$820,274.94**;

1         e.   Additional late fees on default interest: **$86,584.52**;

2         f.   Misc. charges foreclosure trustee and attorney's fees: **$103,282.69**.

3        4.   Attached hereto as Exhibits 2 and 3 and incorporated herein by reference are true

4    and correct copies of documents evidencing the foreclosure trustee fees and redacted attorney fee

5    billings charged to the Note account.  In my experience, these are reasonable collection costs for a

6    loan of this magnitude.

7        I declare under penalty of perjury under the laws of the United States of America that the

8    foregoing is true and correct.

9        Executed this 1st day of October 2020 at Los Angeles, California.

10

11

12                         Scot Fine

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

# Platinum Loan Servicing Inc.
24025 Park Sorrento Suite 150
Calabasas, CA 91302
(818) 222-5222

10/1/2020

FRE 355 Investment Group, LLC by: Melvin Vaughn, Managing Member
10700 Mora Drive
Los Altos, CA 94024
Account: 10536

## BENEFICIARY'S DEMAND FOR PAYOFF

Dear FRE 355 Investment Group, LLC by: Melvin Vaughn, Managing Member

You are authorized to use the following amounts to payoff the above-mentioned loan. All necessary legal documents will be forwarded to the trustee for Full Reconveyance upon receipt of payment in full.

| Payoff Date | 10/1/2020 |
|---|---|
| Maturity Date | 5/1/2019 |
| Next Payment Due | 9/1/2019 |
| Interest Rate | 10.000% |
| Interest Paid-To Date | 8/1/2019 |
| Principal Balance | $10,937,000.00 |
| Unpaid Interest | $0.00 |
| Accrued Interest From 8/1/2019 To 10/1/2020 | $1,303,154.67 |
| Unpaid Late Charges (See Attachment) | $200,511.74 |
| | $0.00 |
| Unpaid Charges  (See itemization attached) | $1,010,142.15 |
| Prepayment Penalty | $0.00 |
| Other Fees (See itemization attached) | $45.00 |
| Trust Balance | $0.00 |
| **Payoff Amount** | **$13,450,808.56** |

Please add **$3,038.06** for each additional day past **10/1/2020**.

We reserve the right to amend this demand should any changes occur that would increase the total amount for payoff.  **Please note that this demand expires on 10/2/2020**, at which time you are instructed to contact this office for additional instructions (DEMAND FORWARDING FEES ARE DUE EVEN UPON CANCELLATION OF YOUR ESCROW).

Make disbursement check payable to: **Platinum Loan Servicing Inc.**

Sincerely,

Karen Larson
Platinum Loan Servicing,Inc.
818 222-5222
klarson@platinumloanservicing.com

Approved By: Larry Rabinoff CFO

## ITEMIZATION OF UNPAID CHARGES

| Date | Description | Interest Rate | Unpaid Balance | Accrued Interest | Total Due |
|---|---|---|---|---|---|
| 12/1/2018 | 2018 Dec. Regular Late Fee @ $9114.17 | 0.000% | | $0.00 | $9114.17 |
| | | 0.000% | | $0.00 | |
| 2/1/19 –12/1/19 | 11 Regular 2019 Late Fees @ $9114.17 | 0.000% | | $0.00 | $100,255.87 |
| | | 0.000% | | $0.00 | |
| 1/1/20 – 9/1/20 | 9 Regular late fees @ $9114.17 | 0.000% | | $0.00 | $82,027.53 |
| | | 0.000% | | $0.00 | |
| | | 0.000% | | $0.00 | |
| | | 0.000% | | $0.00 | |
| | | 0.000% | | $0.00 | |
| | | 0.000% | | $0.00 | |
| | | 0.000% | | $0.00 | |
| | | 0.000% | | $0.00 | |
| | | 0.000% | | $0.00 | |
| | | 0.000% | | $0.00 | |
| | | 0.000% | | $0.00 | |
| | | 0.000% | | $0.00 | |
| | | 0.000% | | $0.00 | |
| | | 0.000% | | $0.00 | |
| | | | | **Total** | **$200,511.74** |

## ITEMIZATION OF UNPAID CHARGES

| Date | Description | Interest Rate | Unpaid Balance | Accrued Interest | Total Due |
|------|-------------|---------------|----------------|------------------|-----------|
| 02/14/2019 | NSF Payment Charges | 0.000% | $25.00 | $0.00 | $25.00 |
| 03/01/2019 | Defulted Interest Rate of 5% 2-1-19 - 9-1-20 | 0.000% | $820,274.94 | $0.00 | $820,274.94 |
| 03/01/2019 | Default Late Charges 5% 2-1-19 - 9-1-20 | 0.000% | $86,584.52 | $0.00 | $86,584.52 |
| 04/15/2019 | Advanced Trustee Fees | 0.000% | $17,538.34 | $0.00 | $17,538.34 |
| 04/15/2019 | Advanced Trustee Fees | 0.000% | $5,062.91 | $0.00 | $5,062.91 |
| 02/14/2020 | Advanced Trustee Fees | 0.000% | $426.87 | $0.00 | $426.87 |
| 02/14/2020 | Advanced Trustee Fees | 0.000% | $1,790.35 | $0.00 | $1,790.35 |
| 02/14/2020 | Advanced Trustee Fees | 0.000% | $1,705.12 | $0.00 | $1,705.12 |
| 02/14/2020 | Advanced Trustee Fees | 0.000% | $4,177.69 | $0.00 | $4,177.69 |
| 02/14/2020 | Advanced Trustee Fees | 0.000% | $14,471.84 | $0.00 | $14,471.84 |
| 02/14/2020 | Advanced Trustee Fees | 0.000% | $852.48 | $0.00 | $852.48 |
| 07/06/2020 | Advanced Appraisal Fees | 0.000% | $10,500.00 | $0.00 | $10,500.00 |
| 07/08/2020 | Advanced Lawyer Fees | 0.000% | $1,564.00 | $0.00 | $1,564.00 |
| 07/15/2020 | SBS Trust Deed Fees (Vacant Land) | 0.000% | $8,028.69 | $0.00 | $8,028.69 |
| 07/15/2020 | Advanced Lawyer Fees | 0.000% | $6,000.00 | $0.00 | $6,000.00 |
| 07/16/2020 | Advanced Lawyer Fees | 0.000% | $22,067.00 | $0.00 | $22,067.00 |
| 08/11/2020 | Advanced Lawyer Fees | 0.000% | $9,891.00 | $0.00 | $9,891.00 |
| 09/22/2020 | SBS Over Payment of Trutee Fees | 0.000% | ($1,501.60) | $0.00 | ($1,501.60) |
| 09/23/2020 | Advanced Lawyer Fees | 0.000% | $683.00 | $0.00 | $683.00 |
| | | | | Total | $1,010,142.15 |

## ITEMIZATION OF OTHER FEES

| Description | Amount |
|------------|--------|
| Demand Fee | $0.00 |
| Reconveyance Fee | $45.00 |
| Recording Fee | $0.00 |
| Forwarding Fee | $0.00 |
| Total | $45.00 |

# EXHIBIT 2



## S.B.S. TRUST DEED NETWORK
SIMPLY BETTER SERVICE

# INVOICE

Date: January 10, 2020

PLATINUM LOAN SERVICING, INC.
Attn: **KAREN LARSON**
24025 PARK SORRENTO #150
CALABASAS, CA 91302

Tax ID #: **95-3783564**
T.S. No: **2019-1305**
Loan No: **10536 (A)**

Borrower: **FRE 355, LLC DBA FRE 355 INVESTMENT GROUP, LLC**
Property Address: **10718 MORA DRIVE**
**LOS ALTOS, CA 94024**
Invoice Number: **21396**

| Date | Description of Fees and Costs | Amount |
|---|---|---|
| 03/14/2019 | Trustee's Fees | $14,721.25 |
| 03/15/2019 | Additional Mail Cost (F) | $30.00 |
| 03/15/2019 | Mailings (10 Day) | $210.00 |
| 03/15/2019 | Record Notice of Default | $34.00 |
| 03/15/2019 | Record Notice of Default (Surcharge Gov Code 27388.1) | $75.00 |
| 03/15/2019 | Record Notice of Rescission | $34.00 |
| 03/15/2019 | Record Notice of Rescission (Surcharge Gov Code 27388.1) | $75.00 |
| 03/15/2019 | Record Substitution of Trustee | $31.00 |
| 03/15/2019 | Record Substitution of Trustee (Surcharge Gov Code 27388.1) | $75.00 |
| 03/15/2019 | T.S.G. Cost | $7,256.00 |
| 03/20/2019 | Mailings (10 Day) | $60.00 |
| 03/28/2019 | Mailings (30 Day) | $20.00 |
| 04/02/2019 | Mailings (30 Day) | $130.00 |
| 04/16/2019 | Additional Mail Cost (F) | $30.00 |
| 06/25/2019 | Additional Mail Cost (F) | $30.00 |
| 06/25/2019 | Mailings (Notice of Sale) | $420.00 |
| 06/25/2019 | Mailings (Notice to Resident) | $10.00 |
| 06/25/2019 | Posting of Notice of Sale | $125.00 |
| 06/25/2019 | Publication of Notice of Sale | $1,047.50 |
| 06/25/2019 | Record Notice of Sale | $28.00 |
| 06/25/2019 | Record Notice of Sale (Surcharge Gov Code 27388.1) | $75.00 |
| 06/25/2019 | Trustee's Fees | $14,531.25 |
| 07/30/2019 | Postponement Cost | $25.00 |
| 08/06/2019 | Postponement Cost | $25.00 |
| 08/07/2019 | Mailings (Sale Postponement Letter) | $400.00 |
| 08/07/2019 | Postponement Cost | $25.00 |

31194 La Baya Drive, Suite 106, Westlake Village, CA 91362
818.991.4600 Fax 818.874.9500 e-mail: info@sbstrustdeed.com
http://www.sbstrustdeed.com
S.B.S. is a debt collector attempting to collect a debt and any information will be used for that purpose



**S.B.S. TRUST DEED NETWORK**
SIMPLY BETTER SERVICE

| 09/05/2019 | Mailings (Sale Postponement Letter.) | $400.00 |
| 09/05/2019 | Postponement Cost | $25.00 |
| 10/04/2019 | Mailings (Sale Postponement Letter) | $400.00 |
| 10/04/2019 | Postponement Cost | $25.00 |
| 11/04/2019 | Mailings (Sale Postponement Letter) | $400.00 |
| 11/04/2019 | Postponement Cost | $25.00 |
| 12/06/2019 | Mailings (Sale Postponement Letter) | $400.00 |
| 12/06/2019 | Postponement Cost | $25.00 |
| 01/10/2020 | Postponement Cost | $25.00 |
| 01/10/2020 | Trustee's Fees | $2.78 |

**SubTotal**                                                    **$41,250.78**

04/18/2019                         Deposit

                                        $22,601.25

**Total Due**                                               $18,649.53

THE AMOUNT SHOWN IS DUE AND PAYABLE UPON RECEIPT.
PLEASE REMIT PAYMENT TO **S.B.S. Trust Deed Network**. YOU ARE A VALUED
CUSTOMER AND WE APPRECIATE YOUR CONTINUED PATRONAGE.

*[handwritten: 2 Advances Th Upaid Charges]*

*[handwritten: SEE 1 + 2]*

31194 La Baya Drive, Suite 106, Westlake Village, CA 91362
818.991.4600 Fax 818.874.9500 e-mail: info@sbstrustdeed.com
http://www.sbstrustdeed.com
S.B.S. is a debt collector attempting to collect a debt and any information will be used for that purpose



# INVOICE

Date: July 14, 2020

PLATINUM LOAN SERVICING, INC.
Attn: **KAREN LARSON**
24025 PARK SORRENTO #150
CALABASAS, CA 91302

Tax ID #: **95-3783564**
T.S. No: **2019-1305**
Loan No: **10536 (A)**

Borrower: **FRE 355, LLC DBA FRE 355 INVESTMENT GROUP, LLC**
Property Address: **10718 MORA DRIVE**
**LOS ALTOS, CA 94024**
Invoice Number: **23381**

| Date | Description of Fees and Costs | Amount |
|------|------------------------------|--------|
| 03/14/2019 | Trustee's Fees | $14,721.25 |
| 03/15/2019 | Additional Mail Cost (F) | $30.00 |
| 03/15/2019 | Mailings (10 Day) | $210.00 |
| 03/15/2019 | Record Notice of Default | $34.00 |
| 03/15/2019 | Record Notice of Default (Surcharge Gov Code 27388.1) | $75.00 |
| 03/15/2019 | Record Notice of Rescission | $34.00 |
| 03/15/2019 | Record Notice of Rescission (Surcharge Gov Code 27388.1) | $75.00 |
| 03/15/2019 | Record Substitution of Trustee | $31.00 |
| 03/15/2019 | Record Substitution of Trustee (Surcharge Gov Code 27388.1) | $75.00 |
| 03/15/2019 | T.S.G. Cost | $7,256.00 |
| 03/20/2019 | Mailings (10 Day) | $60.00 |
| 03/28/2019 | Mailings (30 Day) | $20.00 |
| 04/02/2019 | Mailings (30 Day) | $130.00 |
| 04/16/2019 | Additional Mail Cost (F) | $30.00 |
| 06/25/2019 | Additional Mail Cost (F) | $30.00 |
| 06/25/2019 | Mailings (Notice of Sale) | $420.00 |
| 06/25/2019 | Mailings (Notice to Resident) | $10.00 |
| 06/25/2019 | Posting of Notice of Sale | $125.00 |
| 06/25/2019 | Publication of Notice of Sale | $1,047.50 |
| 06/25/2019 | Record Notice of Sale | $28.00 |
| 06/25/2019 | Record Notice of Sale (Surcharge Gov Code 27388.1) | $75.00 |
| 06/25/2019 | Trustee's Fees | $14,531.25 |
| 07/30/2019 | Postponement Cost | $25.00 |
| 08/06/2019 | Postponement Cost | $25.00 |
| 08/07/2019 | Mailings (Sale Postponement Letter) | $400.00 |
| 08/07/2019 | Postponement Cost | $25.00 |

31194 La Baya Drive, Suite 106, Westlake Village, CA 91362
818.991.4600 Fax 818.874.9500 e-mail: info@sbstrustdeed.com
http://www.sbstrustdeed.com
S.B.S. is a debt collector attempting to collect a debt and any information will be used for that purpose



## S.B.S. TRUST DEED NETWORK
### SIMPLY BETTER SERVICE

| Date | Description | Amount |
|---|---|---|
| 09/05/2019 | Mailings (Sale Postponement Letter) | $400.00 |
| 09/05/2019 | Postponement Cost | $25.00 |
| 10/04/2019 | Mailings (Sale Postponement Letter) | $400.00 |
| 10/04/2019 | Postponement Cost | $25.00 |
| 11/04/2019 | Mailings (Sale Postponement Letter) | $400.00 |
| 11/04/2019 | Postponement Cost | $25.00 |
| 12/06/2019 | Mailings (Sale Postponement Letter) | $400.00 |
| 12/06/2019 | Postponement Cost | $25.00 |
| 01/10/2020 | Postponement Cost | $25.00 |
| 01/10/2020 | Trustee's Fees | $2.78 |
| 01/14/2020 | Mailings (Sale Postponement Letter) | $400.00 |
| 01/14/2020 | Postponement Cost | $25.00 |
| 01/16/2020 | Postponement Cost | $25.00 |
| 02/12/2020 | Postponement Cost | $25.00 |
| 02/20/2020 | Postponement Cost | $25.00 |
| 02/28/2020 | Mailings (Sale Postponement Letter) | $400.00 |
| 02/28/2020 | Postponement Cost | $25.00 |
| 03/20/2020 | Postponement Cost | $25.00 |
| 04/03/2020 | Postponement Cost | $25.00 |
| 04/13/2020 | Mailings (Notice of Sale) | $10.00 |
| 04/13/2020 | Mailings (Sale Postponement Letter) | $420.00 |
| 04/13/2020 | Postponement Cost | $25.00 |
| 04/13/2020 | Record Notice of Rescission | - $109.00 |
| 04/13/2020 | Record Trustee's Deed Upon Sale | $50.00 |
| 04/13/2020 | Record Trustee's Deed Upon Sale (Surcharge Gov Code 27388.1) | $75.00 |
| 04/13/2020 | Trustee's Fees | - $2.78 |
| 04/27/2020 | Mailings (Sale Postponement Letter) | $420.00 |
| 04/27/2020 | Postponement Cost | $25.00 |
| 05/07/2020 | Mailings (Sale Postponement Letter) | $420.00 |
| 05/07/2020 | Postponement Cost | $25.00 |
| 05/27/2020 | Postponement Cost | $25.00 |
| 06/02/2020 | Postponement Cost | $25.00 |
| 06/09/2020 | Mailings (Sale Postponement Letter) | $420.00 |
| 06/09/2020 | Postponement Cost | $25.00 |
| 07/07/2020 | Mailings (Sale Postponement Letter) | $420.00 |
| 07/07/2020 | Postponement Cost | $25.00 |

| **SubTotal** | | **$44,524.00** |
|---|---|---|
| 04/18/2019 | Deposit | |
| | | $22,601.25 |
| 02/11/2020 | Deposit | |
| | | $23,424.35 |

31194 La Baya Drive, Suite 106, Westlake Village, CA 91362
818.991.4600 Fax 818.874.9500 e-mail: info@sbstrustdeed.com
http://www.sbstrustdeed.com
S.B.S. is a debt collector attempting to collect a debt and any information will be used for that purpose

IN Unpaid Charges: Advances
#3 - #8



**S.B.S. TRUST DEED NETWORK**
SIMPLY BETTER SERVICE

| Total Due | ($1,501.60) |
|-----------|-------------|

*# 10*

THE AMOUNT SHOWN IS DUE AND PAYABLE UPON RECEIPT.
PLEASE REMIT PAYMENT TO **S.B.S. Trust Deed Network**. YOU ARE A VALUED
CUSTOMER AND WE APPRECIATE YOUR CONTINUED PATRONAGE.

31194 La Baya Drive, Suite 106, Westlake Village, CA 91362
818.991.4600 Fax 818.874.9500 e-mail: info@sbstrustdeed.com
http://www.sbstrustdeed.com
S.B.S. is a debt collector attempting to collect a debt and any information will be used for that purpose



# S.B.S. TRUST DEED NETWORK
SIMPLY BETTER SERVICE

## INVOICE

Date: July 14, 2020

PLATINUM LOAN SERVICING, INC.
Attn: **KAREN LARSON**
24025 PARK SORRENTO #150
CALABASAS, CA 91302

Tax ID #: **95-3783564**
T.S. No: **2019-1358**
Loan No: **10536 (B)**

Borrower: **MORA HOUSE, LLC**
Property Address: **VACANT LAND, LOS ALTOS, CA 94024**
**APN: 331-14-067**
Invoice Number: **23380**

| Date | Description of Fees and Costs | Amount |
|------|-------------------------------|--------|
| 04/02/2019 | Trustee's Fees | $14,721.25 |
| 04/04/2019 | Additional Mail Cost (F) | $30.00 |
| 04/04/2019 | Mailings (10 Day) | $370.00 |
| 04/04/2019 | Posting of Notice of Default | $75.00 |
| 04/04/2019 | Record Notice of Default | $34.00 |
| 04/04/2019 | Record Notice of Default (Surcharge Gov Code 27388.1) | $75.00 |
| 04/04/2019 | Record Notice of Rescission | $34.00 |
| 04/04/2019 | Record Notice of Rescission (Surcharge Gov Code 27388.1) | $75.00 |
| 04/04/2019 | Record Substitution of Trustee | $29.00 |
| 04/04/2019 | Record Substitution of Trustee (Surcharge Gov Code 27388.1) | $75.00 |
| 04/04/2019 | T.S.G. Cost | $7,256.00 |
| 04/04/2019 | Trustee's Fee Adjustment (Cap file at $500.00) | - |
|  |  | $14,221.25 |
| 04/16/2019 | Additional Mail Cost (F) | $30.00 |
| 04/16/2019 | Mailings (30 Day) | $10.00 |
| 07/17/2019 | Additional Mail Cost (F) | $30.00 |
| 07/17/2019 | Mailings (Notice of Sale) | $380.00 |
| 07/17/2019 | Mailings (Notice to Resident) | $10.00 |
| 07/17/2019 | Posting of Notice of Sale | $125.00 |
| 07/17/2019 | Publication of Notice of Sale | $2,259.69 |
| 07/17/2019 | Record Notice of Sale | $34.00 |
| 07/17/2019 | Record Notice of Sale (Surcharge Gov Code 27388.1) | $75.00 |
| 07/17/2019 | Trustee's Fee Adjustment (Cap at $500.00) | - |
|  |  | $94,648.75 |
| 07/17/2019 | Trustee's Fees | $94,648.75 |
| 08/08/2019 | Mailings (Sale Postponement Letter) | $380.00 |

31194 La Baya Drive, Suite 106, Westlake Village, CA 91362
818.991.4600 Fax 818.874.9500 e-mail: info@sbstrustdeed.com
http://www.sbstrustdeed.com

S.B.S. is a debt collector attempting to collect a debt and any information will be used for that purpose


| | | |
|---|---|---:|
| 08/08/2019 | Postponement Cost | $25.00 |
| 08/08/2019 | Trustee's Fees | - |
| | | $80,117.50 |
| 08/09/2019 | Trustee's Fee Adjustment (Cap @ $500.00) | $80,117.50 |
| 09/05/2019 | Mailings (Sale Postponement Letter) | $380.00 |
| 09/05/2019 | Postponement Cost | $25.00 |
| 10/04/2019 | Mailings (Sale Postponement Letter) | $380.00 |
| 10/04/2019 | Postponement Cost | $25.00 |
| 11/04/2019 | Mailings (Sale Postponement Letter) | $380.00 |
| 11/04/2019 | Postponement Cost | $25.00 |
| 12/06/2019 | Mailings (Sale Postponement Letter) | $370.00 |
| 12/06/2019 | Postponement Cost | $25.00 |
| 01/14/2020 | Mailings (Sale Postponement Letter) | $370.00 |
| 01/14/2020 | Postponement Cost | $25.00 |
| 01/16/2020 | Postponement Cost | $25.00 |
| 02/19/2020 | Mailings (Sale Postponement Letter) | $10.00 |
| 02/19/2020 | Postponement Cost | $25.00 |
| 02/20/2020 | Postponement Cost | $25.00 |
| 02/28/2020 | Mailings (Sale Postponement Letter) | $370.00 |
| 02/28/2020 | Postponement Cost | $25.00 |
| 03/20/2020 | Postponement Cost | $25.00 |
| 04/03/2020 | Postponement Cost | $25.00 |
| 04/15/2020 | Mailings (Sale Postponement Letter) | $400.00 |
| 04/15/2020 | Postponement Cost | $25.00 |
| 04/27/2020 | Mailings (Sale Postponement Letter) | $400.00 |
| 04/27/2020 | Postponement Cost | $25.00 |
| 05/07/2020 | Mailings (Sale Postponement Letter) | $400.00 |
| 05/07/2020 | Postponement Cost | $25.00 |
| 05/27/2020 | Postponement Cost | $25.00 |
| 06/02/2020 | Postponement Cost | $25.00 |
| 06/09/2020 | Mailings (Sale Postponement Letter) | $400.00 |
| 06/09/2020 | Postponement Cost | $25.00 |
| 07/07/2020 | Mailings (Sale Postponement Letter) | $400.00 |
| 07/07/2020 | Postponement Cost | $25.00 |

| **SubTotal** | | **$16,621.69** |
|---|---|---:|
| 05/13/2019 | Deposit | - $8,593.00 |

| **Total Due** | **$8,028.69** |
|---|---:|

THE AMOUNT SHOWN IS DUE AND PAYABLE UPON RECEIPT.
PLEASE REMIT PAYMENT TO **S.B.S. Trust Deed Network**. YOU ARE A VALUED
CUSTOMER AND WE APPRECIATE YOUR CONTINUED PATRONAGE.

*In Unpaid charges*

*# 9*

31194 La Baya Drive, Suite 106, Westlake Village, CA 91362
818.991.4600 Fax 818.874.9500 e-mail: info@sbstrustdeed.com
http://www.sbstrustdeed.com

S.B.S. is a debt collector attempting to collect a debt and any information will be used for that purpose

# INVOICE

**FROM:**

James J. Nicholas & Associates
P.O. Box 7575
Menlo Park, CA 94026

Telephone Number: (650) 324-7946          Fax Number:

| INVOICE NUMBER |
|---|
| 6-1020-3 |
| **DATES** |
| Invoice Date:    06/10/2020 |
| Due Date: |
| **REFERENCE** |

**TO:**

Platinum Loan Servicing Inc.
24025 Park Sorrento #150
Calabasas, CA 91302
Attn: Scot R. Fine
E-Mail:   sfine@MarqueeFundingGroup.com
Telephone Number:  1-818-222-5222          Fax Number:
Alternate Number:

| Internal Order #: | |
|---|---|
| Lender Case #: | |
| Client File #: | |
| FHA/VA Case #: | |
| Main File # on form: | 6-1020-3 |
| Other File # on form: | |
| Federal Tax ID: | |
| Employer ID: | |

## DESCRIPTION

| | | | |
|---|---|---|---|
| Lender: | Platinum Loan Servicing Inc. | Client: | Platinum Loan Servicing Inc. |
| Purchaser/Borrower: | N/A | | |
| Property Address: | 10718 Mora Dr | | |
| City: | Los Altos | | |
| County: | Santa Clara | State:   CA | Zip:   94024 |
| Legal Description: | Book 331 Page 14 Lot 2 | | |

## FEES

| | AMOUNT |
|---|---|
| Appraisal Fees-Current Market Value | 7,500.00 |
| **SUBTOTAL** | 7,500.00 |

## PAYMENTS

| | AMOUNT |
|---|---|
| Check #:          Date:          Description: | |
| Check #:          Date:          Description: | |
| Check #:          Date:          Description: | |
| **SUBTOTAL** | 0 |
| Thank you for your Business~          **TOTAL DUE** | $   7,500.00 |

# INVOICE

**FROM:**

James J. Nicholas & Associates
P.O. Box 7575
Menlo Park, CA 94026

Telephone Number: (650) 324-7946          Fax Number:

| INVOICE NUMBER |
|---|
| 6-1020-4 |

| DATES | |
|---|---|
| Invoice Date: | 06/10/2020 |
| Due Date: | |

| REFERENCE | |
|---|---|
| Internal Order #: | |
| Lender Case #: | |
| Client File #: | |
| FHA/VA Case #: | |
| Main File # on form: | 6-1020-4 |
| Other File # on form: | |
| Federal Tax ID: | |
| Employer ID: | |

**TO:**

Platinum Loan Servicing Inc.
24025 Park Sorrento Ste #150
Calabasas, CA 91302
Attn: Scot R. Fine
E-Mail:  sfine@MarqueeFundingGroup.com
Telephone Number:  1-818-222-5222          Fax Number:
Alternate Number:

## DESCRIPTION

| | | | |
|---|---|---|---|
| Lender: | Platinum Loan Servicing Inc. | Client: | Platinum Loan Servicing Inc. |
| Purchaser/Borrower: | N/A | | |
| Property Address: | Mora Dr APN# 331-14-067 | | |
| City: | Los Altos | | |
| County: | Santa Clara | State:  CA | Zip:  94024 |
| Legal Description: | Book 331 Page 14 Lot 3 | | |

## FEES

| | AMOUNT |
|---|---|
| Appraisal Fees-Vacant Lot | 3,000.00 |
| **SUBTOTAL** | 3,000.00 |

## PAYMENTS

| | AMOUNT |
|---|---|
| Check #:          Date:          Description: | |
| Check #:          Date:          Description: | |
| Check #:          Date:          Description: | |
| SUBTOTAL | 0 |

| | TOTAL DUE | |
|---|---|---|
| Thank You for your Business~ | $ | 3,000.00 |

# EXHIBIT 3

**Lewis R. Landau**
22287 Mulholland Hwy., # 318
Calabasas, CA 91302



Platinum Loan Servicing, Inc.

| Invoice Date | Invoice Number |
|---|---|
| 05/05/2020 | 20469 |
| **Terms** | **Service Through** |
| | 04/30/2020 |

**In Reference To: FRE 355 / Mora House (Labor)**

| Date | Services | Hours | Rates | Amount |
|---|---|---|---|---|
| 04/13/2020 | | 2.00 | $ 545.00/hr | $ 1,090.00 |
| 04/14/2020 | | 1.70 | $ 545.00/hr | $ 926.50 |
| 04/15/2020 | | 0.30 | $ 545.00/hr | $ 163.50 |
| 04/16/2020 | | 0.20 | $ 545.00/hr | $ 109.00 |
| 04/17/2020 | | 2.30 | $ 545.00/hr | $ 1,253.50 |
| 04/18/2020 | | 2.00 | $ 545.00/hr | $ 1,090.00 |
| 04/19/2020 | | 1.50 | $ 545.00/hr | $ 817.50 |
| 04/20/2020 | | 2.70 | $ 545.00/hr | $ 1,471.50 |
| 04/22/2020 | | 0.80 | $ 545.00/hr | $ 436.00 |
| 04/23/2020 | | 1.00 | $ 545.00/hr | $ 545.00 |
| 04/27/2020 | | 0.80 | $ 545.00/hr | $ 436.00 |

| Date | | | 0.70 | $ 545.00/hr | $ 381.50 |
|---|---|---|---|---|---|
| 04/28/2020 | | | 0.70 | $ 545.00/hr | $ 381.50 |
| 04/29/2020 | | | 0.50 | $ 545.00/hr | $ 272.50 |
| 04/30/2020 | | | 0.40 | $ 545.00/hr | $ 218.00 |

**In Reference To: FRE 355 / Mora House (Expenses)**

| Date | Expenses | Amount |
|---|---|---|
| 04/20/2020 | CA and DE SOS status reports CL@S fees ($125); DE SOS fees ($20). | $ 145.00 |
| 04/23/2020 | Courtcall fee re 4/23 hearing. | $ 28.00 |

| | |
|---|---|
| **Total Hours** | 16.90 hrs |
| **Total Labor** | $ 9,210.50 |
| **Total Expenses** | $ 173.00 |
| **Total Invoice Amount** | **$ 9,383.50** |
| **Previous Balance** | **$ 0.00** |
| **Balance (Amount Due)** | **$ 9,383.50** |

Case: 20-50628    Doc# 114    Filed: 10/01/20    Entered: 10/01/20 19:14:46    Page 21 of
27    021

**Lewis R. Landau**
22287 Mulholland Hwy., # 318
Calabasas, CA 91302



**Platinum Loan Servicing, Inc.**

| Invoice Date | Invoice Number |
|---|---|
| 06/09/2020 | 20474 |
| **Terms** | **Service Through** |
| | 05/31/2020 |

**In Reference To: FRE 355 / Mora House (Labor)**

| Date | Services | Hours | Rates | Amount |
|---|---|---|---|---|
| 05/01/2020 | | 0.50 | $ 545.00/hr | $ 272.50 |
| 05/04/2020 | | 2.00 | $ 545.00/hr | $ 1,090.00 |
| 05/05/2020 | | 3.00 | $ 545.00/hr | $ 1,635.00 |
| 05/06/2020 | | 0.30 | $ 545.00/hr | $ 163.50 |
| 05/07/2020 | | 0.70 | $ 545.00/hr | $ 381.50 |
| 05/19/2020 | | 1.00 | $ 545.00/hr | $ 545.00 |
| 05/20/2020 | | 2.50 | $ 545.00/hr | $ 1,362.50 |
| 05/26/2020 | | 1.00 | $ 545.00/hr | $ 545.00 |
| 05/27/2020 | | 2.60 | $ 545.00/hr | $ 1,417.00 |
| 05/28/2020 | | 0.30 | $ 545.00/hr | $ 163.50 |
| 05/29/2020 | | 0.20 | $ 545.00/hr | $ 109.00 |

**In Reference To: FRE 355 / Mora House (Expenses)**

| Date | Expenses | Amount |
|---|---|---|

Case: 20-50628    Doc# 114    Filed: 10/01/20    Entered: 10/01/20 19:14:46    Page 22 of 27

**Lewis R. Landau**
22287 Mulholland Hwy., # 318
Calabasas, CA 91302



**Platinum Loan Servicing, Inc.**

| Invoice Date | Invoice Number |
|---|---|
| 07/08/2020 | 20477 |
| **Terms** | **Service Through** |
| | 06/30/2020 |

**In Reference To: FRE 355 / Mora House (Labor)**

| Date | Services | Hours | Rates | Amount |
|---|---|---|---|---|
| 06/01/2020 | | 0.20 | $ 545.00/hr | $ 109.00 |
| 06/02/2020 | | 1.20 | $ 545.00/hr | $ 654.00 |
| 06/04/2020 | | 1.20 | $ 545.00/hr | $ 654.00 |
| 06/05/2020 | | 0.40 | $ 545.00/hr | $ 218.00 |
| 06/09/2020 | | 0.30 | $ 545.00/hr | $ 163.50 |
| 06/10/2020 | | 1.50 | $ 545.00/hr | $ 817.50 |
| 06/17/2020 | | 0.50 | $ 545.00/hr | $ 272.50 |
| 06/22/2020 | | 0.30 | $ 545.00/hr | $ 163.50 |
| 06/24/2020 | | 1.70 | $ 545.00/hr | $ 926.50 |
| 06/25/2020 | | 1.10 | $ 545.00/hr | $ 599.50 |
| 06/26/2020 | | 0.60 | $ 545.00/hr | $ 327.00 |

**In Reference To: FRE 355 / Mora House (Expenses)**

| Date | Expenses | Amount |
|---|---|---|
| 06/04/2020 | Courtcall fee re status hearing. | $ 28.00 |

023

**Lewis R. Landau**
22287 Mulholland Hwy., # 318
Calabasas, CA 91302



**Platinum Loan Servicing, Inc.**

| Invoice Date | Invoice Number |
|---|---|
| 08/03/2020 | 20489 |
| **Terms** | **Service Through** |
| | 07/31/2020 |

| **In Reference To: FRE 355 / Mora House (Labor)** | | | | |
|---|---|---|---|---|
| **Date** | **Services** | **Hours** | **Rates** | **Amount** |
| 07/06/2020 | | 1.60 | $ 545.00/hr | $ 872.00 |
| 07/07/2020 | | 3.00 | $ 545.00/hr | $ 1,635.00 |
| 07/10/2020 | | 1.00 | $ 545.00/hr | $ 545.00 |
| 07/14/2020 | | 1.00 | $ 545.00/hr | $ 545.00 |
| 07/21/2020 | | 3.00 | $ 545.00/hr | $ 1,635.00 |
| 07/22/2020 | | 2.40 | $ 545.00/hr | $ 1,308.00 |
| 07/23/2020 | | 0.20 | $ 545.00/hr | $ 109.00 |
| 07/25/2020 | | 1.00 | $ 545.00/hr | $ 545.00 |
| 07/27/2020 | | 2.00 | $ 545.00/hr | $ 1,090.00 |
| 07/28/2020 | | 2.00 | $ 545.00/hr | $ 1,090.00 |

Case: 20-50628     Doc# 114     Filed: 10/01/20     Entered: 10/01/20 19:14:46     Page 24 of
27

**In Reference To: FRE 355 / Mora House (Expenses)**

| Date | Expenses | Amount |
|------|----------|--------|
| 07/22/2020 | COS fee re mailing and postage for motion to dismiss cases. | $ 122.00 |
| 07/28/2020 | Copy and mail service re motion for relief from stay. | $ 214.00 |
| 07/28/2020 | Relief from stay filing fee. | $ 181.00 |

| | |
|---|---|
| **Total Hours** | 17.20 hrs |
| **Total Labor** | $ 9,374.00 |
| **Total Expenses** | $ 517.00 |
| **Total Invoice Amount** | **$ 9,891.00** |
| **Previous Balance** | **$ 22,067.00** |
| **Balance (Amount Due)** | **$ 9,891.00** |

**Payment History:**

| Date | Type | Payment Description | Amount |
|------|------|---------------------|--------|
| 7/20/2020 | Payment - Check | | ($22,067.00) |

025

**Lewis R. Landau**
22287 Mulholland Hwy., # 318
Calabasas, CA 91302



**Platinum Loan Servicing, Inc.**

| Invoice Date | Invoice Number |
| --- | --- |
| 09/05/2020 | 20508 |
| **Terms** | **Service Through** |
| | 08/31/2020 |

**In Reference To: FRE 355 / Mora House (Labor)**

| Date | Services | Hours | Rates | Amount |
| --- | --- | --- | --- | --- |
| 08/03/2020 | | 0.50 | $ 545.00/hr | $ 272.50 |
| 08/05/2020 | | 1.20 | $ 545.00/hr | $ 654.00 |
| 08/10/2020 | | 0.80 | $ 545.00/hr | $ 436.00 |
| 08/11/2020 | | 1.80 | $ 545.00/hr | $ 981.00 |
| 08/12/2020 | | 3.00 | $ 545.00/hr | $ 1,635.00 |
| 08/14/2020 | | 0.30 | $ 545.00/hr | $ 163.50 |
| 08/17/2020 | | 0.50 | $ 545.00/hr | $ 272.50 |
| 08/27/2020 | | 3.00 | $ 545.00/hr | $ 1,635.00 |
| 08/31/2020 | | 0.80 | $ 545.00/hr | $ 436.00 |

| | |
| --- | --- |
| Total Hours | 11.90 hrs |
| Total Labor | $ 6,485.50 |
| Total Invoice Amount | $ 6,485.50 |
| Previous Balance | $ 9,891.00 |

1

## CERTIFICATE OF SERVICE

2      I am employed in the County of Los Angeles, California.  I am over the age of eighteen

3   (18) years and not a party to the within entitled cause, my business address is 22287 Mulholland

4   Hwy., # 318, Calabasas, CA 91302.

5      On October 1, 2020 I served a true and correct copy of the following documents:

6   **RESPONSE IN OPPOSITION TO OBJECTION TO CLAIM**

7   by effecting electronic delivery upon such persons that have agreed to accept service through the

8   Court's CM/ECF electronic noticing system as follows:

9   Bernard S. Greenfield on behalf of Creditor Richard Blanchard

10  bgreenfield@greenfieldlaw.com, ckaefer@greenfieldlaw.com
    Robert G. Harris on behalf of Debtor FRE 355 Investment Group, LLC

11  rob@bindermalter.com
    Lewis R. Landau on behalf of Creditor Platinum Loan Servicing, Inc.

12  lew@landaunet.com
    Michael W. Malter on behalf of Debtor FRE 355 Investment Group, LLC

13  michael@bindermalter.com
    Office of the U.S. Trustee / SJ

14  USTPRegion17.SJ.ECF@usdoj.gov

15  Suhey Ramirez on behalf of U.S. Trustee Office of the U.S. Trustee / SJ
    suhey.ramirez@usdoj.gov, Patti.Vargas@UST.DOJ.GOV

16  Julie H. Rome-Banks on behalf of Debtor FRE 355 Investment Group, LLC
    julie@bindermalter.com

17  Jennifer C. Wong on behalf of Creditor Wells Fargo Bank, N.A.

18  bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

19     I declare under penalty of perjury under the laws of the United States of America that the

20  foregoing is true and correct.

21     Executed this 1st day of October 2020 at Los Angeles, California.

22

23     */s/ Lewis R. Landau*
       Lewis R. Landau

24

25

26

27

28