Entered on Docket
October 13, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Michael W. Malter (SBN 96533)
Robert G. Harris (SBN 124678)
Julie H. Rome-Banks, Esq. (SBN 142364)
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
T: (408) 295-1700
F: (408) 295-1531
Email: Michael@bindermalter.com
Email: Rob@bindermalter.com
Email: Julie@bindermalter.com

Attorneys for Debtors and Debtors-in-possession
FRE 355 Investment Group, LLC and Mora House, LLC

The following constitutes the order of the Court.
Signed: October 12, 2020

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In re:<br><br>FRE 355 INVESTMENT GROUP, LLC, dba FRE 355,<br><br>Debtor. | Case No. 20-50628-SLJ<br><br>Cases Jointly Administered<br><br>Chapter 11 |
| In re<br><br>MORA HOUSE, LLC,<br><br>Debtor. | Case No. 20-50631-SLJ<br><br>Chapter 11<br><br>Date: October 7, 2020<br>Time: 2:00 p.m.<br>Place: Via Video Appearance |

### ORDER GRANTING MOTION TO EXTEND EXCLUSIVE PERIOD TO SOLICIT ACCEPTANCES (11 U.S.C. §§1121(d)(1))

The Motion to Extend Exclusive Period to Solicit Acceptances (11 U.S.C. §§1121(d)(1) ("Motion") of the Debtors and Debtors-in-Possession FRE 355 Investment Group, LLC and Mora House, LLC (the "Debtors") having been filed; notice of the Motion having been properly served upon all creditors and parties in interest; the Motion having come on for hearing at the above noted

date and place; Julie H. Rome-Banks of Binder & Malter LLP having appeared on behalf of the Debtor and other appearances as noted in the record; no opposition having been filed and served or presented at the hearing; the Court having made its findings of fact and conclusions of law on the record; and good cause appearing,

IT IS HEREBY ORDERED that:

1. The Motion is granted.

2. The October 12, 2020 exclusive deadline for the Debtors to solicit acceptances to a proposed chapter 11 plan of reorganization is extended to December 1, 2020.

4. The above extension is granted without prejudice to requests for further extensions by the Debtors upon motion for good cause shown within the extension periods.

**END OF ORDER**

COURT SERVICE LIST

None.