Form DOC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | FRE 355 Investment Group, LLC | Case No.: 20−50628 SLJ 11 |
|---|---|---|
| | dba FRE 355 | Chapter: 11 |
| | Debtor(s) | |

## NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 11/23/20 dismissing the above−captioned case effective 11/23/20.

Dated: 11/23/20

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Doc # 119