# Notice Recipients

District/Off: 0971−5    User: aelee    Date Created: 11/23/2020
Case: 20−50628    Form ID: DOC    Total: 42

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |
| aty | Jennifer C. Wong | bknotice@mccarthyholthus.com |
| aty | Jennifer C. Wong | bknotice@mccarthyholthus.com |
| aty | Julie H. Rome−Banks | julie@bindermalter.com |
| aty | Lewis R. Landau | lew@landaunet.com |
| aty | Michael W. Malter | michael@bindermalter.com |
| aty | Robert G. Harris | rob@bindermalter.com |
| aty | Suhey Ramirez | suhey.ramirez@usdoj.gov |

                                                                                                TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | FRE 355 Investment Group, LLC | P. O. Box 3156 | Los Altos, CA 94024 | |
| rspi | Melvin Vaughn | 10700 Mora Drive | Los Altos, CA 94024−6530 | |
| reqntc | Platinum Loan Servicing, Inc. | 24025 Park Sorrento #150 | Calabasas, CA 91302 | |
| reqntc | Wells Fargo Bank, N.A. | McCarthy & Holthus, LLP | 411 Ivy Street | San Diego, CA 92101 |
| intp | Compass | Attn: Joe Velasco | | |
| intp | Dzine | 128 Utah Street | San Fracisco, CA 94103 | |
| intp | Mora House, LLC | P. O. Box 3156 | Los Altos, CA 94024 | |
| cr | Platinum Loan Servicing, Inc. | 24025 Park Sorrento #150 | Calabasas, CA 91302 | |
| cr | Wells Fargo Bank, N.A. | c/o McCarthy & Holthus, LLP | 411 Ivy Street | San Diego, CA 92101 |
| acc | Alan R. David | 1101 S. WInchester Boulevard, Suite A−10 | San Jose, CA 95128 | |
| br | Phil Chen | Compass Real Estate | 891 Beach Street | San Francisco, CA 94109 |
| smg | IRS | P.O. Box 7346 | Philadelphia, PA 19101−7346 | |
| smg | State Board of Equalization | Attn: Special Procedures Section, MIC:55 | P.O. Box 942879 | Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280−0001 |
| smg | CA Franchise Tax Board | Attn: Special Procedures | P.O. Box 2952 | Sacramento, CA 95812−2952 |
| smg | IRS | P.O. Box 7346 | Philadelphia, PA 19101−7346 | |
| 15198484 | California Dept. of Tax and Fee Administration | Collections Support Bureau, MIC: 55 | PO Box 942879 | Sacramento, CA 94279−0055 |
| 15156726 | Compass Concierge, LLC | 90 Fifth Avenue, 3rd Floor | New York, NY 10011 | |
| 15159474 | County of Santa Clara | Department of Tax & Collections | 852 N First St. | San Jose, CA 95112 |
| 15149040 | Department of Tax & Collections | 70 W. Hedding St., E. Wing | 6th Floor | San Jose, CA 95110 |
| 15149041 | Dzine | 128 Utah Street | San Francisco, CA 94103 | |
| 15149042 | EPS Plumbing | 307 N. Amphlett Blvd. | San Mateo, CA 94401 | |
| 15194288 | FRANCHISE TAX BOARD | BANKRUPTCY SECTION MS A340 | PO BOX 2952 | SACRAMENTO CA 95812−2952 |
| 15192426 | Lewis R. Landau | 22287 Mulholland Hwy #318 | Calabasas, CA 91302 | |
| 15155638 | Lewis Raymond Landau | Attorney at Law | 22287 Mulholland Hwy., Ste. 318 | Calabasas, CA 91302 |
| 15149043 | Marquee Funding Group, Inc. | 24025 Park Sorrento, Suite 150 | Calabasas, CA 91302 | |
| 15149044 | Melvin Vaughn | 10700 Mora Drive | Los Altos, CA 94022 | |
| 15149045 | Mora House, LLC | P. O. Box 3156 | Los Altos, CA 94024 | |
| 15149046 | S&R Income Fund I, LP | c/o Platinum Loan Servicing, Inc. | 24025 Park Sorrento, Suite 150 | Calabasas, CA 91302 |
| 15149047 | S.B.S. Trust Deed Network | Attn: Colleen Irby | 31194 La Baya Drive, #106 | Thousand Oaks, CA 91362 |
| 15155639 | Simon Yiu | 10613 Baxter Aenvue | Los Altos, CA 94024 | |
| 15149048 | State of California | Franchise Tax Board | Special Procedures Section | PO Box 2952    Sacramento, CA 95812−2952 |
| 15176137 | U.S. Bank NA dba Elan Financial Services | Bankruptcy Department | PO Box 108 | Saint Louis MO 63166−0108 |
| 15160440 | Wells Fargo Bank, N.A. | Default Document Processing | MAC#N9286−01Y | 1000 Blue Gentian Road    Eagan MN 55121−7700 |

                                                                                                TOTAL: 34